4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 0 5 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOSE O. HERRERA | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-00-179 |
| | § | |
| THE EARTHGRAINS COMPANY | § | |

## DEFENDANT EARTHGRAINS BAKING COMPANIES, INC.'S CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

In accordance with the Court's Order Setting Conference, Defendant, Earthgrains Baking Companies, Inc., submits this Certificate of Interested Parties.

1. Jose O. Herrera (Plaintiff), an individual residing in Cameron County, Texas; and

2. Earthgrains Baking Companies, Inc. (Defendant).

Dated this 30th day of November, 2000.

Respectfully submitted,

MATTHEWS & BRANSCOMB
A Professional Corporation
802 N. Carancahua, Suite 1900
Corpus Christi, Texas 78470-0700
Telephone: (361)888-9261
Facsimile: (361)888-8504

By _____
Keith B. Sieczkowski
TSB #18341650
Southern District #17118
Attorney-in-Charge
P. Garrett Triplett
TSB #00792879
Southern District #23347

ATTORNEYS FOR DEFENDANT

C0038112.WPD:

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing instrument has been served by United States Certified Mail, Return Receipt Requested on the following counsel in charge on this 30th day of November, 2000, in accordance with *Fed. R. Civ. P.*

Carlos E. Hernandez, Jr.  
GARCIA & ROMERO, L.L.P.  
201 North First Street  
Harlingen, Texas 78550

**CERTIFIED MAIL RRR**  
**# 7099 3220 0004 6534 8682**

_____  
Keith B. Sieczkowski

C0038112.WPD: