*5*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

**United States District Court
Southern District of Texas
FILED**

**FEB 0 2 2001**

**Michael N. Milby
Clerk of Court**

| | | |
|---|---|---|
| JOSE O. HERRERA | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-00-179 |
| | § | |
| THE EARTHGRAINS COMPANY | § | |

## JOINT DISCOVERY/CASE MANAGEMENT PLAN

NOW COME, JOSE O. HERRERA AND THE EARTHGRAINS COMPANY and file their

Joint Discovery/Case Management Plan.

1.  State when and where the meeting of the parties required by Rule 26(f) was held, and

    identify the counsel who attended for each party.

    **ANSWER:**   The Rule 26 conference was held in person on Friday, January 26, 2001 in

    Corpus Christi, Texas.  P. Garrett Triplett participated for the Defendant.

    Carlos E. Hernandez, Jr. participated for Plaintiff.

2.  List the cases related to this one that are pending in any state or federal court with the case

    number and court.

    **ANSWER:**   There are no related cases.

3.  Specify the allegation of federal jurisdiction.

    **ANSWER:**   At all relevant times, Plaintiff was a member of a collective bargaining unit

    covered by a collective bargaining agreement.  Jurisdiction is based on

    preemption pursuant to § 301 of the Labor Management Relations Act and

    pendent jurisdiction.

4.   Name the parties who disagree and the reasons.

   **ANSWER:**   Plaintiff disagrees because it appears Defendant urges conflicting jurisdictional grounds.

5.   List anticipated additional parties that should be included, when they can be added and by whom they are wanted.

   **ANSWER:**   None.

6.   List anticipated interventions.

   **ANSWER:**   None.

7.   Describe class-action issues.

   **ANSWER:**   None.

8.   State whether each party represents that it has made the initial disclosures required by Rule 26(a).  If not, describe the arrangements that have been made to complete the disclosures.

   **ANSWER:**   The parties will make their initial disclosures not later than February 5, 2001 as provided for by FRCP 26(a)(1).

9.   Describe the proposed agreed discovery plan, including:

   A.   Responses to all the matters raised in Rule 26(f).

      **ANSWER:**   See the following:

   B.   When and to whom the plaintiff anticipates it may send interrogatories.

      **ANSWER:**   Plaintiff anticipates serving written interrogatories on the Defendant on or before March 26, 2001.

   C.   When and to whom the defendant anticipates it may send interrogatories.

      **ANSWER:**   Defendant anticipates serving written interrogatories on Plaintiff on

or before March 26, 2001.

D.    Of whom and by when the plaintiff anticipates taking oral depositions.

      **ANSWER:**    Plaintiff anticipates taking the deposition of Defendant's fact witnesses on or before August 15, 2001.

E.    Of whom and by when the defendant anticipates taking oral depositions.

      **ANSWER:**    Defendant anticipates taking the deposition of Plaintiff on or before August 15, 2001, provided relevant documents have been received.

F.    When the plaintiff (or the party with the burden of proof on an issue) will be able to designate experts and provide the reports required by Rule 26(a)(2)(B), and when the opposing party will be able to designate responsive experts and provide their reports.

      **ANSWER:**    At this time, Plaintiff has not designated any experts. However, Plaintiff will designate experts not less than 90 days before trial, and provide their report for filing within 15 days of designation. At this time, Defendant has not designated any responsive experts. However, Defendant will designate their responsive experts within 30 days after Plaintiff's designation and provide their report for filing within 15 days of designation.

G.    List expert depositions the plaintiff (or the party with the burden of proof on an issue) anticipates taking and their anticipating completion date. See Rule 26(a)(2)(B).

      **ANSWER:**    At this time, Defendant has not designated any experts. Plaintiff anticipates taking expert depositions on or before 30 days before the scheduled trial date.

Joint Discovery/Case Management Plan
Page 3

CItAPDF - www.fastio.com

H.     List expert depositions the opposing party anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).

       **ANSWER:**    At this time, Plaintiff has not designated any experts. Defendant anticipates on taking Plaintiff's expert deposition on or before 30 days before the scheduled trial date.

10.    If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party.

       **ANSWER:**    The parties agree.

11.    Specify the discovery beyond initial disclosures that has been undertaken to date.

       **ANSWER:**    No discovery has been undertaken to date by Plaintiff. Defendant has requested information from San Benito Medical Association, McAllen Neurosurgical Center, P.A., Madhavan Pisharodi, M.D., Bakery, Confectionery and Tobacco Workers' International Union Local 163, the Texas Commission on Human Rights, the Texas Workers' Compensation Commission, and the Texas Workforce Commission.

12.    State the date the planned discovery can reasonably be completed.

       **ANSWER:**    Discovery can reasonably be completed on or before 30 days before the scheduled trial date, provided such trial is scheduled after September 1, 2001.

13.    Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26 meeting.

Joint Discovery/Case Management Plan
Page 4

**ANSWER:**   The parties are not able to settle at this time, but agree to keep open the possibility.

14.   Describe what each party has done or agreed to do to bring about a prompt resolution.

**ANSWER:**   Nothing further beyond keeping options open.

15.   From the attorneys' discussions with their clients, state the alternative dispute resolution techniques that are reasonably suitable, and state when such a technique may be effectively used in this case.

**ANSWER:**   The parties are not opposed to mediation, however, the parties do not believe that such measures are appropriate at this time.   The parties anticipate possibly mediating this case ninety days before trial.

16.   Magistrate judges may now hear jury and non-jury trials.   Indicate the parties' joint position on a trial before a magistrate judge.

**ANSWER:**   All parties do not agree to a trial before a Magistrate Judge.

17.   State whether a jury demand has been made and if it was made on time.

**ANSWER:**   Plaintiff contends that the jury request is on file herein. Defendant contends that no demand has been made.

18.   Specify the number of hours it will take to present the evidence in this case.

ANSWER:   Approximately 24 hours (3 days).

19.   List pending motions that could be ruled on at the initial pretrial and scheduling conference.

**ANSWER:**   No motions are before this Court at this time.   At the time of the Initial Pretrial and Scheduling Conference, Plaintiff anticipates having heard its Motion for Leave to File an Amended Complaint.

Joint Discovery/Case Management Plan
Page 5

20.   List other motions pending.

      **ANSWER:**   None at this time.

21.   Indicate other matters peculiar to this case, including discovery, that deserve the special

attention of the Court at the conference.

      **ANSWER:**   There may be out of state witnesses.

22.   List the names, state bar numbers, addresses, and telephone numbers of all counsel.

      **ANSWER:**

| Plaintiff's attorney: | Defendant's attorneys: |
|---|---|
| Carlos E. Hernandez, Jr.<br>Attorney-In-Charge<br>State Bar No. 00787681<br>Southern District No. 17022<br>The Garcia Law Firm, P.C.<br>201 North First Street<br>Harlingen, Texas 78550<br>(956) 412-7055 (telephone)<br>(956) 412-7105 (facsimile) | Keith B. Sieczkowski<br>Attorney-In-Charge<br>State Bar No. 18341650<br>Southern District No. 17118<br>MATTHEWS & BRANSCOMB, P.C.<br>A Professional Corporation<br>802 N. Carancahua, Suite 1900<br>Corpus Christi, Texas 78470-0700<br>(512) 888-9261 (telephone)<br>(512) 888-8504 (facsimile) |

DATED: 30 Jan 01

Respectfully submitted,

OF COUNSEL:
MATTHEWS & BRANSCOMB, P.C.
A Professional Corporation
802 N. Carancahua
Suite 1900
Corpus Christi, Texas 78470
(361) 888-9261 (telephone)
(361) 888-8504 (facsimile)

Keith B. Sieczkowski
Attorney-In-Charge
State Bar No. 18341650
Southern District No. 17118

ATTORNEY-IN-CHARGE
FOR DEFENDANT
THE EARTHGRAINS COMPANY

OF COUNSEL:
The Garcia Law Firm, P.C.
201 North First Street
Harlingen, Texas 78550
(956) 412-7055 (telephone)
(956) 412-7105 (facsimile)

Carlos E. Hernandez, Jr.
Attorney-In-Charge
State Bar No. 00787681
Southern District No. 17022

ATTORNEY-IN-CHARGE
FOR PLAINTIFF
JOSE O. HERRERA

Joint Discovery/Case Management Plan
Page 7