IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 1 2 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOSE O. HERRERA | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-00-179 |
| | § | |
| THE EARTHGRAINS COMPANY | § | |

## DEFENDANT THE EARTHGRAINS COMPANY'S
## FIRST AMENDED INITIAL DISCLOSURES

Defendant makes this its first amended initial disclosures pursuant to Federal Rule of Civil

Procedure 26(a)(1):

A.     The name and, if known, the address and telephone number of each individual likely to have

discoverable information relevant to disputed facts alleged with particularity in the pleadings,

identifying the subjects of the information.

## RESPONSE:

1.     **Plaintiff, Jose Herrera**
       By and through Plaintiff's counsel.
       Plaintiff is aware of the basis for his absence, that he was released for limited
       duties, that his doctor declared him unable to perform the job functions of his
       position.

2.     **Herminia Herrera**
       Ms. Herrera is Plaintiff's wife.  She is aware of Plaintiff's claims.

3.     **Romeo Aldape**
       Current address unknown
       Mr. Aldape was the Plant's mechanic during the time period in question.  He
       is aware of the position that Plaintiff held, as well as its job description, and
       that Plaintiff was not discriminated against.

4.     **Abeltino Benavidez**
       Address Unknown
       Mr. Benavidez was named as a witness to the injury.

C0041275.WPD:

CitiPDF - www.fsxio.com

5.  **Eveltino Benavidez**
    Address Unknown
    Mr. Benavidez was named as a witness to the injury.

6.  **Gary Bryan**
    By and Through Defendant's Attorney
    Mr. Bryan is currently Garage Superintendent and was Plaintiff's supervisor
    during the time period in question.  He is aware of Earthgrains' policies and
    procedures. He is also aware of the position that Plaintiff held, as well as its
    job description, that Plaintiff's doctor declared him unable to perform the job
    functions of his position, and that Plaintiff was not discriminated against.

7.  **Richard Cantu**
    Last Known Address
    2754 East 31 Street
    Brownsville, Texas 78521
    (956) 542-1786
    Plaintiff claims that this person replaced him in his position.  He is aware of
    the position he held.

8.  **Angel Chapa**
    Current Address Unknown
    Angel Chapa was employed by the Earthgrains Company during the time
    period in question. Mr. Chapa was listed by Plaintiff in his TCHR complaint
    as a witness.

9.  **Custodian of Records for**
    **Cameron County Fleet**
    address unknown
    San Benito, Texas
    This custodian of records may have custody of previous employment records
    relating to Plaintiff.

10. **Custodian of Records for McAllen Neurosurgical Center, P.A.**
    **Dr. Pisharodi and Dr. Humberto Tijerina**
    1801 S. 5th Street
    McAllen, Texas 78503
    (956) 631-8717
    This custodian of records may have custody of medical records relating to
    Plaintiff's injury and work restrictions.

11. **Custodian of Records for**
    **CIGNA Property and Casualty**
    P.O. Box 759

C0041275.WPD:                                    2

Houston, Texas 77001
(713) 552-7500
This custodian of records may have custody of medical records relating to
Plaintiff's injury and work restrictions.

12. **Custodian of Records for**
**Valley Block and Brick**
Address Unknown
San Benito, Texas
This custodian of records may have custody of previous employment records
relating to Plaintiff.

13. **Custodian of records for the Texas Workforce Commission**
Maintains records of requests for unemployment benefits
101 E. 15th Street
Austin, Texas 78778
Received and processed Plaintiff's request for unemployment benefits.

14. **Custodian of records for the Texas Workers' Compensation Commission**
Maintains records of workers' compensation claims
4000 S. IH-35 Southfield Building
Austin, Texas 78704
Handled the administrative claim filed by Plaintiff relating to his on the job
injury.

15. **Custodian of Records for**
**Pep Boys**
Address Unknown
Harlingen, Texas
This custodian of records may have custody of previous employment records
relating to Plaintiff.

16. **Custodian of Records for**
**Fry's Prescription Pharmacy**
311 N. Sam Houston
San Benito, Texas
(956) 399-2453
This custodian of records may have custody of information relating to
Plaintiff's prescription medications.

17. **Custodian of Records for San Benito Medical Associates and**
**Dr. Chappanos**
351 N. Sam Houston
San Benito, Texas  78586
(956)399-2443

C0041275.WPD:                              3

This custodian of records may have custody of medical records relating to Plaintiff.

18. **Custodian of Records for**
**Valley Trucking**
address unknown
Brownsville, Texas
This custodian of records may have custody of previous employment records relating to Plaintiff.

19. **Custodian of Records for**
**SFG Management L.L.C.**
**Oak Farms Dairy**
P.O. Box 100507
San Antonio, Texas 78201
This custodian of records may have custody of employment records relating to Plaintiff.

20. **Manuel Davilla**
By and Through Defendant's Attorney
Mr. Davilla was Office Manager during the time period in question. He is aware of Earthgrains' policies and procedures. He is also aware of the position that Plaintiff held, as well as its job description, that Plaintiff's doctor declared him unable to perform the job functions of his position, and that Plaintiff was not discriminated against.

21. **Robert Garcia**
By and Through Defendant's Attorney
Robert Garcia is one of Defendant's local supervisors.

22. **Antonio Gonzalez**
Current Address Unknown
Mr. Gonzalez was employed by the Earthgrains Company during the time period in question. He may be aware of Earthgrains' policies and procedures and that Plaintiff was not discriminated against.

23. **Doug Higham**
By and Through Defendant's Attorney
Mr. Higham was Plant Manager during the time period in question. He is aware of Earthgrains' policies and procedures. He is also aware of the position that Plaintiff held, as well as its job description, that Plaintiff's doctor declared him unable to perform the job functions of his position, and that Plaintiff was not discriminated against.

24. **Tim Holand**
Current Address Unknown
Mr. Holand was named by Plaintiff as a witness to Plaintiff's injury.

25. **Gerald Reed**
The Earthgrains Company
1600 W. Harrison
Harlingen, Texas 78550
(956) 423-3120
Mr. Reed was employed by the Earthgrains Company during the time period
in question. He may be aware of Earthgrains' policies and procedures and
that Plaintiff was not discriminated against.

26. **Rene Reyna**
The Earthgrains Company
1600 W. Harrison
Harlingen, Texas 78550
(956) 423-3120
Mr. Reyna was named by Plaintiff as a witness to Plaintiff's injury.

27. **Hector Richardson**
The Earthgrains Company
1600 W. Harrison
Harlingen, Texas 78550
(956) 423-3120
Mr. Richardson was named by Plaintiff as a witness to Plaintiff's injury.

28. **Sam Richardson**
The Earthgrains Company
1600 W. Harrison
Harlingen, Texas 78550
(956) 423-3120
Mr. Richardson may be aware of the position that Plaintiff held, as well as his
job description, that Plaintiff's doctor declared him unable to perform the job
functions of his position of Fleet Mechanic and that Plaintiff was not
discriminated against.

29. **Felix Sanchez**
By and Through Defendant's Attorney
The Earthgrains Company
1600 West Harrison
Harlingen, Texas 78550
(956) 423-3120
Mr. Sanchez was Plant Manager and Sales Director during the time period in
question. He is aware of Earthgrains' policies and procedures. He is also

aware of the position that Plaintiff held, as well as his job description, that Plaintiff's doctor declared him unable to perform the job functions of his position of Fleet Mechanic and that Plaintiff was not discriminated against.

30. **Virginia Silva**
By and Through Defendant's Attorney
The Earthgrains Company
1600 West Harrison
Harlingen, Texas 78550
(956) 423-3120
Ms. Silva was Human Resources Manager during the time period in question. She is aware of Earthgrains' policies and procedures. She is also aware of the position that Plaintiff held, as well as his job description, that Plaintiff's doctor declared him unable to perform the job functions of his position of Fleet Mechanic and that Plaintiff was not discriminated against.

31. **Hortencia Soria**
Former employee of Defendant and co-worker of Plaintiff
713 Woodford Street
San Benito, Texas 78576
(956) 364-0217
Ms. Soria may have knowledge of the basis for Plaintiff's claims, Plaintiff's duties, that Plaintiff's doctor declared him unable to perform the job functions of his position of Fleet Mechanic.

B.     A copy of, or a description by category and location of, all documents, data compilations, and tangible things in the possession, custody, or control of the party that are relevant to disputed facts alleged with particularity in the pleadings.

**RESPONSE:**

1.     Plaintiff's medical information; in the hands of Plaintiff.

2.     Plaintiff's employment file; in hands of Defendant.

3.     The applicable collective bargaining agreement; in the hands of Defendant.

4.     Plaintiff's unemployment records; in the hands of the Texas Workforce Commission.

5.     Defendant's job description and work rules; in the hands of Defendant.

6.     Plaintiff's TWCC records; in the hands of the TWCC.

7.      Plaintiff's TCHR records; in the hands of the TCHR.

C.      A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

**RESPONSE:**

 **Not applicable.**

D.      For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

**RESPONSE:**

 **None**

    Respectfully submitted,

    MATTHEWS & BRANSCOMB
    A Professional Corporation
    802 N. Carancahua, Suite 1900
    Corpus Christi, Texas  78470-070
    Telephone: (361)888-9261
    Facsimile: (361)888-8504

    *Keith B. Sieczkowski with*
  By *permission by Jessica A. Neal*
    Keith B. Sieczkowski
    Attorney-In-Charge
    State Bar No. 18341650
    Southern District No. 17118

    ATTORNEYS FOR DEFENDANT
    THE EARTHGRAINS COMPANY

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing instrument has been served by United States Certified Mail, Return Receipt Requested on the following counsel in charge on this 6th day of February, 2001, in accordance with *Fed. R. Civ. P.*

Carlos E. Hernandez, Jr.                           **CMRRR #7000 0520 0022 1038 7863**
Attorney-In-Charge
The Garcia Law Firm, P.C.
201 North First Street
Harlingen, Texas  78550

*Keith B. Sieczkowski with permission by Jessica G. Neal*

Keith B. Sieczkowski