8

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
ENTERED

MAR 0 6 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

JOSE O. HERRERA §
§
§
versus § CIVIL ACTION: B: 00-179
§
§
EARTHGRAINS BAKING COMPANIES §

# Order Resetting Conference

The intial pre-trial conference set for *March 26, 2001*, has been reset to:

## April 16, 2001 at 3:00 p.m.

Signed on _March 5_____, 2001 at Brownsville, Texas.

Hilda G. Tagle
United States District Judge