11

# Civil Courtroom Minutes

United States District Court
Southern District of Texas
FILED
APR 16 2001
Michael N. Milby, Clerk of Court

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ■ Fajardo    ☐ Koerner |
| DATE | 0504 — 16 — 01 |
| TIME | a.m. / 3:10 p.m.    a.m. / 3:20 p.m. |
| CIVIL ACTION | B — 00 — 179 |
| STYLE | Herrera *versus* The Earthgrains Baking Companies, Inc. |

## DOCKET ENTRY

(HGT)   ■ Initial Pretrial Conference;   ☐ Motion Hearing;   (Rptr. Breck Record  )

CarlosHernandez         for   ■ Ptf.

Keith Sieczkowski       for   ■ Deft.

☐ All motions not expressly decided are denied without prejudice.

☐ Evidence taken [exhibits or testimony].

☐ Argument heard on:   ☐ all pending motions;   ☐ Following motions

☐ Motions taken under advisement: _____

☐ Order to be entered.

☐ Miscellaneous review set: _____

■ <u>Comments</u>:

The Court asked the Parties how the removal of the Plaintiff's intentional infliction of emotional distress ("IIED") cause of action affects the subject matter jurisdiction of this Court. The Defendant responded that at the time of removal when the IIED claim was still a part of the Plaintiff's pleading, this Court had jurisdiction through the Labor Management Relations Act, Section 301. This is so because the Plaintiff was a member of a collective bargaining unit, and Fifth Circuit caselaw is clear that section 301 preempts the IIED claim. However, the Defendant recognized that the Court has discretion to remand this

1

case since the Plaintiff has decided not to bring his IIED claim, and the remaining claims are under the TCHRA and the Texas Labor Code.

Defendant argued that remand is not appropriate in this instance because discovery is being overseen already and because of forum shopping.

Plaintiff will file a motion to remand within 10 days, and after the Defendant has had an opportunity to respond, the Court will make its ruling. Plaintiff noted for the Court that he originally filed his action in state court, such that there is no concern for forum shopping. The Court also noted that it has not ordered discovery– only that the Parties were in the process of litigating.

Defendant was granted leave to file its amended answer by the end of this week.

2