12

# UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

*Jose Herrera* §
versus §
*The Earthgrains Baking Co., Inc.* §
§

CIVIL ACTION B- 00-179

United States District Court
Southern District of Texas
ENTERED
APR 1 8 2001
Michael N. Milby, Clerk of Court
By Deputy Clerk

## Scheduling Order

1. Trial: Estimated time to try: __3__ days.     ☒ Bench    ☐ Jury

2. New parties must be joined by: __May 18, 2001__

    *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by: __Aug 15, 2001__

4. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert. __Sept 21, 2001__

5. Discovery must be completed by: __Sept 21, 2001__

    *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.*

************************ The court will provide these dates. ************************

6. Dispositive Motions will be filed by: __10/12/01__

7. Joint pretrial order is due: __1/24/02__

    *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call and final pretrial conference is set for 1:30 p.m. on: __2/7/02__

9. Jury Selection is set for 9:00 a.m. on: __2/11/02__

The case will remain on standby until tried.

Signed __April 18__, 2001, at Brownsville, Texas.

*Hilda Tagle*
Hilda G. Tagle
United States District Judge

*Counsel, please sign on the back.*

*Scheduling Order--Page Two*

_____  
Counsel for _Defendant_

_____  
Counsel for _____

_____  
Counsel for _____

_____  
Counsel for _John O. Herman_

_____  
Counsel for _____

_____  
Counsel for _____

ClibPDF - www.fastio.com