≋AO 440 (Rev. 10/93) Summons in a Civil Action

18

# RETURN OF SERVICE

B-00-179

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER (PRINT) | TITLE |

~~United States District Court~~
Southern District of Texas
FILED

MAY 2 5 2001

~~Michael N. Milby~~
~~Clerk of Court~~

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were _____

✓ Returned     service not necessary, due to Answer filed on behalf of Defendant Earthgrains Baking Companies, Inc. and a copy of such Answer received by attorney-in-charge for Plaintiff on May 23, 2001

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | No Charge |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed    May 23, 2001
              Date

*Signature of Server*
Elizabeth A. Salazar

201 North First Street, Harlingen, Texas 78550
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.