22

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 0 6 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOSE O. HERRERA, | § | |
| Plaintiff | § | |
| vs. | § | CIVIL ACTION NO. B-00-179 |
| | § | |
| THE EARTHGRAINS COMPANY, | § | (JURY REQUESTED) |
| Defendant | § | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL REPLY
TO DEFENDANT EARTHGRAINS BAKING COMPANIES, INC.'S RESPONSE TO
PLAINTIFF'S MOTION FOR DISCRETIONARY REMAND**

TO THE HONORABLE JUDGE TAGLE:

COMES NOW, Jose O. Herrera, Plaintiff in the above styled and numbered cause of action, and hereby files this his Motion for Leave to File his Supplemental Reply to Defendant Earthgrains Baking Companies, Inc.'s Response to Plaintiff's Motion for Discretionary Remand, and respectfully shows the following:

I.

Plaintiff's Supplemental Reply is brought to inform the Court of additional circumstances that have arisen since Plaintiff filed his Reply and to clarify the issues and applicable law pertaining to this case. Plaintiff's Supplemental Reply is not for the purposes of delay, but to ensure the Court is properly briefed on relevant and material facts and law. Granting Plaintiff's Motion for Leave will not delay the trial in this matter in any way.

II.

A copy of Plaintiff's Supplemental Reply to Defendant Earthgrains Baking Companies, Inc.'s Response to Plaintiff's Motion for Discretionary Remand is attached hereto as Exhibit "A" and incorporated herein by reference.

III.

**Certificate of Conference**

On Monday, June 4, 2001, Plaintiff's counsel was not successful in contacting opposing counsel to discuss this mater with him to determine if an agreement could be reached as Mr. Keith B. Sieczkowski was in jury duty.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Jose O. Herrera prays that the Court allow him leave to file his Supplemental Reply to Defendant Earthgrains Baking Companies, Inc.'s Response to Plaintiff's Motion for Discretionary Remand. Additionally, Plaintiff prays for such other and further relief at law or in equity to which he may show himself justly entitled to receive.

Signed June 5, 2001.

Respectfully submitted,

THE GARCIA LAW FIRM, P.C.
201 North First Street
Harlingen, Texas 78550
Telephone: (956) 412-7055
Facsimile: (956) 412-7105

By: _____
Carlos E. Hernandez, Jr.
State Bar No. 00787681
Federal Bar No. 17022
Attorney-in-Charge for Plaintiff
Jose O. Herrera

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing, Plaintiff's Motion for Leave to File Supplemental Reply, has been served on all counsel of record, to wit:

<u>Via Facsimile (361) 888-8504
and First Class Mail</u>
Mr. Keith B. Sieczkowski
Matthews and Branscomb
802 North Carancahua, Ste. 1900
Corpus Christi, TX 78470

by depositing same in the care and custody of the United States Postal Service, by regular mail, unless otherwise specifically specified herein, on June 5, 2001.

_____
Carlos E. Hernandez, Jr.

-3-

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE O. HERRERA, <br> Plaintiff <br> vs. <br><br> THE EARTHGRAINS COMPANY, et al., <br> Defendants | § § § § § § § § | CIVIL ACTION NO. <br> B-00-179 <br> *(Jury Requested)* |

**PLAINTIFF'S SUPPLEMENTAL REPLY TO DEFENDANT
EARTHGRAINS BAKING COMPANIES, INC.'S RESPONSE TO PLAINTIFF'S
MOTION FOR DISCRETIONARY REMAND**

**TO THE HONORABLE JUDGE TAGLE:**

COMES NOW, Jose O. Herrera, Plaintiff in the above styled and numbered cause of action, and hereby files this his Supplemental Reply to Defendant Earthgrains Baking Companies, Inc.'s Response to Plaintiff's Motion for Discretionary Remand on file herein and respectfully shows unto the Court the following:

I.

Defendant Earthgrains Baking Companies, Inc. incorrectly informs this Court of the status of the pleadings. While Plaintiff acknowledges filing his Second Amended Original Complaint on May 16, 2001, this pleading did not raise a new cause of action in the form of age discrimination. Plaintiff would refer this Court to his Original Petition filed in state court on or about October 17, 2000 alleging discriminatory treatment under the Texas Commission on Human Rights Act.



Exhibit "A"

On or about February 14, 2001, Defendant Earthgrains filed a Motion for More Definite Statement. On April 5, 2001, the Court granted, in part and denied in part, Defendant's Motion and asked the Plaintiff to prepare an amended complaint.

As such, on April 12, 2001, Plaintiff filed his First Amended Original Complaint further defining his causes of action, including an age discrimination claim under the Texas Commission on Human Rights Act.

II.

**Plaintiff Has Not Brought Forth a New Age Claim, but Only Continues to Assert Discrimination under the Texas Commission on Human Rights Act.**

Plaintiff has not brought any age claim which could have been originally brought in federal court. Plaintiff is not alleging an ADEA federal claim, but rather, he is asserting a state-law Texas Commission on Human Rights Act claim. A copy of Plaintiff's Texas Commission on Human Rights Act complaint is attached hereto as Exhibit "1."

To invoke a trial court's subject matter jurisdiction to adjudicate a claim under the Texas Commission on Human Rights Act, the complaining party must first present the claim to the Commission. *EZ Pawn v. Gonzalez*, 921 S.W.2d 320, 324 (Tex. App. -- Corpus Christi), *rev'd on other grounds*, 934 S.W.2d 87 (Tex. 1996). One of the purposes of the Texas Commission on Human Rights Act was to create a Texas "deferral agency" so that investigation and resolution of employment discrimination complaints could be addressed at the state-level. *Stanley Stores, Inc. v. Chavana*, 909 S.W.2d 554, 557 (Tex. App. -- Corpus Christi 1995, writ denied). The elements of a prima facie case for age discrimination under the Texas Commission on Human Rights Act include:

(1) the plaintiff must prove that he was discharged;

(2) he was qualified for the position;

(3) he was in a protected class at the time of his discharge; and

(4) he was replaced by someone younger or otherwise show that he was discharged because of age.

*Chavana*, 909 at 559-60.

The qualification element refers to whether the plaintiff suffered a physical disability or loss of a necessary license or some other occurrence that rendered him unfit for the position for which he was hired. *Id.*

Since Plaintiff is bringing discrimination claims under the Texas Commission on Human Rights Act, the Defendants' argument that Plaintiff has asserted a new cause of action which could have been brought in federal court is in error. As such, the Defendants' citation to *Grubbs v. General Electric Credit Corp.*, 405 U.S. 699, 702-03 (1972); *Victor Research, Inc. v. Howard & Howard, P.C.*, 76 F.3d 692, FN. 3 (6th Cir. 1996); *Tolion v. American Biodyne, Inc.*, 48 F.3d 937, 941 (6th Cir. 1995); *Cades v. H&R Block, Inc.*, 43 F.3d 869, 873 (4th Cir. 1994); and *Brough v. United Steel Workers of America, AFL-CIO*, 437 F.2d 748, 750 (1st Cir. 1971) are inapplicable to the case at bar.

III.

**Plaintiff Has Not Engaged in Forum Manipulation.**

With regard to Defendants' argument that Plaintiff has engaged in forum manipulation, Plaintiff would direct the Court's attention to the *Hernandez v. Central Power & Light* case, 880 F.Supp. 494 (S.D. Tex. 1994) and the *Giles v. N.Y.L. Care Health Plans, Inc. case*, 172 F.3d 332, 340 (5th Cir. 1999). Accordingly, in light of *Hernandez* and *Giles*, remand is appropriate.

## IV.

Pursuant to Judge Hilda G. Tagle's Chamber Rules (updated May 3, 2000), Plaintiff hereby informs the Court that as a correction to Plaintiff's Reply to Defendant Earthgrains Baking Companies, Inc.'s Response to Plaintiff's Motion for Discretionary Remand, that Plaintiff's counsel in footnote 1 inadvertently and incorrectly stated that the *Sherrod* case involved diversity jurisdiction. This statement was made in error and the case was removed on federal question jurisdiction. This error in footnote 1 does not affect the substantive analysis of Plaintiff's Reply.

WHEREFORE, Plaintiff Jose O. Herrera prays that the Court grant his Motion for Discretionary Remand, that this Court remand this cause to County Court at Law No. 3 of Cameron County, Texas, and that Plaintiff be awarded all other relief to which he may be justly entitled to receive.

Signed June 5, 2001.

Respectfully submitted,

THE GARCIA LAW FIRM, P.C.
201 North First Street
Harlingen, Texas 78550
Telephone: (956) 412-7055
Facsimile: (956) 412-7105

By: _____
Carlos E. Hernandez, Jr.
State Bar No. 00787681
Federal Bar No. 17022

Attorney-in-Charge for
Plaintiff Jose O. Herrera

-5-

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing, Plaintiff's Supplemental Reply to Defendant Earthgrains Baking Companies, Inc.'s Response to Plaintiff's Motion for Discretionary Remand, has been served on all counsel of record, to wit:

<u>*Via Facsimile (361) 888-8504*</u>
<u>*and First Class Mail*</u>
Mr. Keith B. Sieczkowski
Matthews and Branscomb
802 North Carancahua, Ste. 1900
Corpus Christi, TX 78470

by depositing same in the care and custody of the United States Postal Service, by regular mail, unless otherwise specifically specified herein, on June 5, 2001.

_____
Carlos E. Hernandez, Jr.

FOR TCHR USE ONLY

# INTAKE QUESTIONNAIRE

PLEASE COMPLETE THE REQUESTED INFORMATION. If returning by mail: Texas Commission on Human Rights, P.O. Box 13493, Austin, Texas 78711.

**NOTE: FAILURE TO PROVIDE COMPLETE INFORMATION MAY RESULT IN DELAYED PROCESSING OF YOUR COMPLAINT.**

**COMPLAINANT:**

Name: Jose O. Herrera

Address: Route 6, Box 55E

Zip: 78586  City: San Benito

State: TX  County: Cameron

SSN#: 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

Phone: (home) (956) 399-5251
(work) (956) 412-7055 (Atty)

**EMERGENCY CONTACT:**

Name: Herminia S. Herrera

Address: Route 6, Box 55E

Zip: 78586  City: San Benito  St: TX

Phone: (956) 399-5251

**EMPLOYER (Texas Address)**

Name: The Earthgrains Co.

Street Address: 1600 W. Harrison

Zip: 78550  City: Harlingen

State: TX  County: Cameron

Phone: (956) 423-3120

Total Number of Employees: 150

**PERSONNEL DIRECTOR/OFFICER:**

Name: Felix Sanchez

Title: Plant Manager

**WORKSITE ADDRESS:**

Street Address: 1600 W. Harrison

Zip: 78550  City: Harlingen  St: TX

**EMPLOYMENT INFO OF COMPLAINANT:** Date of Discrimination: 07-30-99

Date Hired: 02-06-96  Last Position Held: Mechanic

Position Applied for: Mechanic  Date Applied: (D.O.A) 01-10-96

**INTERVIEW FOR COMPLAINANT:**

I. The discrimination I suffered was because of my being a member of one or more of the following classes: (Please circle the appropriate class and identify in the blank provided: Example: Race __Black__ or __White__.

   Race_____  Color_____  National Origin_____

   Sex_____  Religion_____  Age (Date of Birth) 03-25-58

   Religion_____  Disability (Doctor's Diagnosis) Lower back injury

   Retaliation Worker's Compensation Claim
   (For having filed a prior discrimination complaint [of] unlawful discrimination, testified as a witness in a discri[mination suit], and/or aided another employee in the preparation of a di[scrimination comp]laint.

EXHIBIT

# ADDITIONAL INFORMATION
## (NOT PART OF OFFICIAL COMPLAINT)

**A. SETTLEMENT/RESOLUTION**

What is the minimum remedy that you are willing to accept as a settlement or resolution should this develop into an official complaint?

Job **perhaps**   Back Pay **$25,000.00**   Benefits **$60,000.00**

Explain: **Front pay: : $80,000.00 loss (w/offset for mitigation)**

**B. COMPLAINANT'S WITNESS INFORMATION**

Are there people who witnessed first hand the harm taken by your employer. If so, please complete the information requested below.

* * * * * *

Name of Witness: **Romeo Aldape (Earthgrains Co.)**

Home Address: **1600 W. Harrison**

Zip: **78550**   City: **Harlingen**   State: **TX**

Phone: (**956**) **423-3120**   ( )

Specify information he/she can provide: _____

* * * * * *

Name of Witness: **Gary Bryan (Earthgrains Co.)**

Home Address: **1600 W. Harrison**

Zip: **78550**   City: **Harlingen**   State: **TX**

Phone: (**956**) **423-3120**   ( )

Specify information he/she can provide: _____

**B. COMPLAINANT'S WITNESS INFORMATION**

Are there people who witnessed first hand the harm taken by your employer. I so, please complete the information requested below.

* * * * * *

Name of Witness: Juan Aguirre (Earthgrains Co.)

Home Address: 1600 W. Harrison

Zip: 78550  City: Harlingen  State: TX

Phone: (956) 423-3120  ( )

Specify information he/she can provide: _____

_____

* * * * * *

Name of Witness: Rene Reyna (Earthgrains Co.)

Home Address: 1600 W. Harrison

Zip: 78550  City: Harlingen  State: TX

Phone: (956) 423-3120  ( )

Specify information he/she can provide: _____

_____

**B. COMPLAINANT'S WITNESS INFORMATION**

Are there people who witnessed first hand the harm taken by your employer. If so, please complete the information requested below.

* * * * * *

Name of Witness: __Angel Chapa (Earthgrains Co.)__

Home Address: __1600 W. Harrison__

Zip: __78550__ City: __Harlingen__ State: __TX__

Phone: (956) __423-3120__    ( ) _____

Specify information he/she can provide: _____

_____

* * * * * *

Name of Witness: __Hector Richardson (Earthgrains Co.)__

Home Address: __1600 W. Harrison__

Zip: __78550__ City: __Harlingen,__ State: __TX__

Phone: (956) __423-3120__    ( ) _____

Specify information he/she can provide: _____

_____

**B. COMPLAINANT'S WITNESS INFORMATION**

Are there people wh[o] witnessed first hand the harm taken by your employer. If so, please complete the information requested below.

★ ★ ★ ★ ★ ★

Name of Witness: Tim Holand (Eartgrains Co.)

Home Address: 1600 W. Harrison

Zip: 78550  City: Harlingen  State: TX

Phone: (956) 423-3120  ( )

Specify information he/she can provide: _____

_____

★ ★ ★ ★ ★ ★

Name of Witness: Felix Sanchez (Earthgrains Co.)

Home Address: 1600 W. Harrison

Zip: 78550  City: Harlingen  State: TX

Phone: (956) 423-3120  ( )

Specify information he/she can provide: _____

_____

## COMPLAINANT'S WITNESS INFORMATION

Are there people who witnessed first hand the harm taken by your employer. If so, please complete the information requested below.

* * * * * *

Name of Witness: __Robert Garcia     (Earthgrains Co.)__

Home Address: __1600 W. Harrison__

Zip: __78550__ City: __Harlingen__ State: __TX__

Phone: (__956__) __423-3120__     ( ) _____

Specify information he/she can provide: _____

* * * * * *

Name of Witness: _____

Home Address: _____

Zip: _____ City: _____ State: _____

Phone: ( ) _____ ( ) _____

Specify information he/she can provide: _____

II. Check the appropriate type of personnel action taken against you by employer.

| | | |
|---|---|---|
| X Assignment (A3) | X Intimidation (I1) | ___ Reinstate (R4) |
| X Benefits (B1) | X Involuntary Retirement (R5) | ___ Severance Pay (B5) |
| ___ Demotion (D1) | X Job Classification (J1) | ___ Sexual Harassment (S4) |
| X Discharge (D2) | ___ Layoff (L1) | ___ Suspension (S5) |
| X Discipline (D3) | ___ Maternity (M1) | X Terms&Conditions (T2) |
| X Exclusion (E1) | X Other Worker's Compensation Claim (O1) | ___ Training (T4) |
| ___ Harassment (H1) | ___ Promotion (P3) | ___ Unfavorable Reference (R2) |
| ___ Hiring (H2) | ___ Recall (R1) | X Wages (W1) |

III. Please answer the following questions briefly (If you need more space, please use reverse side of form).

    A. **Explain the action taken against you by your employer. (Include Full Names and Position Titles.)**

My employer illegally discriminated against me due to a work related injury, which caused me to have a disability. My employer refused to provide me with a "reasonable accommodation" to deal with my injury. Additionally, my employer discriminated against me due to my age.

    B. **Explain the reasons given to you for the employer's actions. (Include Full Names and Position Titles.)**

My supervisor, Gary Bryan, told me that despite two herniated discs in my back, I had to report to work and if I needed a break, I could lay in a cot at Earthgrains Co. The date of my injury was August 10, 1998 and I was fired on July 30, 1999 and was replaced by a younger uninjured individual.

    C. **Explain the reason why you feel that your employer's actions are discriminatory.**

My employer expressed a "negative attitude" towards my injury by forcing me to report to work and lay in a cot instead of receiving appropriate medical care. I was released to work on June 4, 1999. My employer discriminated against me due to my age and my disability. Additionally, I was treated differently after filing my worker's compensation claim. My Supervisor, Gary Bryan, said I probably got hurt somewhere else - - other than at work. Two other supervisors said I was faking a limp.

IV. **General Questions:**

A. Do you have an attorney, union agent, interpreter or someone representing you in this matter?

**Name** Carlos E. Hernandez, Jr.  **Relationship** Attorney

**Address** 1222 E. Harrison (GARCIA & ROMERO, L.L.P.)

**City, State, Zip** Harlingen, Texas 78550   **Phone** (956) 412-7055

B. Please indicate if you have previously filed this same complaint or other complaints with any of the agencies listed below.

N/A

___ Texas Commission on Human Rights (TCHR)
___ Equal Employment Opportunity Commission (EEOC)
___ National Labor Relations Board (NLRB)
___ Office of Federal Contract Compliance Program (OFCCP)
___ Other Agency (Give Name)_____

If so, identify date of filing_____

Charge Number:_____

Indicate how this complaint was resolved:_____

SIGNATURE *[signed]* Joe O. Herrera   DATE Oct 1, 1999

ClibPDF - www.fastio.com