United States District Court
Southern District of Texas
FILED

JUL 0 9 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE O. HERRERA, | § | |
| | § | |
| vs. | § | C.A. B-00-179 |
| | § | |
| THE EARTHGRAINS COMPANY, et al., | § | |

## PLAINTIFF'S MOTION TO QUASH ORAL DEPOSITION
## OR IN THE ALTERNATIVE, MOTION FOR PROTECTIVE ORDER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, JOSE O. HERRERA, Movant, and files this his Motion to Quash the Oral Deposition of JOSE O. HERRERA or in the alternative, for such other order affording protection to the Deponent pursuant to the Federal Rules of Civil Procedure, and as grounds for such Motion would respectfully show the Court the following:

I.

Movant would show that his deposition is scheduled for 9:00 a.m. on July 10, 2001. See attached Exhibit "A".

II.

The Court has broad discretion to protect a party with a protective order on a showing of good cause. See Fed.R.Civ. P. 26(c); *Smith v. Bic Corp.*, 869 F.2d 194, 199 (3d Cir.1989). To determine good cause, the Court must balance the Movant's privacy interests in the information and its burden of producing the information against the non-movant's public's right to obtain the information. See *Seattle Times Co. v. Rhinehart*, 467 U.S. 20, 34-36, 104 S.Ct.2199, 2208-09 (1984).

III.

Movant asks the Court to exercise its discretion and grant a protective order for the following reasons:

a. Defendant's examination is being conducted in a manner to annoy, and/or oppress deponent). Fed.R.Civ.P. 26(c), 30(d)3. Specifically, there is a pending Motion for Discretionary Remand in this matter upon which the Court has not yet ruled.

**WHEREFORE, PREMISES CONSIDERED,** Jose O. Herrera prays the Court to set his Motion for hearing and, after that hearing, that the deposition be quashed and rescheduled for a mutually agreeable date after the Court has had time to rule on the pending Motion for Discretionary Remand, and for such other and further relief, general and special, at law and in equity, to which Jose O. Herrera may be justly entitled.

Respectfully submitted,

**THE GARCIA LAW FIRM, P.C.**
201 N. 1st Street
Harlingen, Texas 78550
Tel: 956/412-7200
Fax: 956/412-7105

By: /s/
Carlos E. Hernandez, Jr.
SBOT I.D. 00787681
Fed.ID #: 17022

Attorney in charge for Plaintiff, Jose O. Herrera

## CERTIFICATE OF CONFERENCE

Pursuant to the Federal Rules of Civil Procedure, I, **CARLOS E. HERNANDEZ, JR.**, hereby certify that I have conferred with opposing counsel regarding the deposition discussed hereinabove without the necessity of bringing this discovery Motion before the Court, and counsel is opposed to said Motion but has agreed to reschedule the deposition.

_____
Carlos E. Hernandez, Jr.

## CERTIFICATE OF SERVICE

I, hereby certify that on this the 9th day of July, 2001, a true and correct copy of the foregoing has been forwarded to all interested counsel by certified mail, return receipt requested, as hereinbelow noted:

Mr. Keith B. Sieczkowski
Matthews and Branscomb
802 North Carancahua, Ste. 1900
Corpus Christi, TX 78470

_____
Carlos E. Hernandez, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JOSE O. HERRERA,<br>    Plaintiff<br><br>vs.<br><br>THE EARTHGRAINS COMPANY<br>AND EARTHGRAINS BAKING<br>COMPANIES, INC.,<br>    Defendants | § § § § § § § § § § CIVIL ACTION NO. B-00-179 |

## NOTICE OF INTENTION TO TAKE
## THE ORAL DEPOSITION OF JOSE O. HERRERA

TO: Jose O. Herrera, by and through his attorney of record, Carlos E. Hernandez, Jr., The Garcia Law Firm, P.C., 201 North First Street, Harlingen, Texas 78550.

*CALENDARED*  PLEASE TAKE NOTICE that at **9:00 a.m.** on the **10th** day of **July, 2001**, in the office of **Carlos E. Hernandez, Jr. located at** 201 North First Street, Harlingen, Texas, Defendant The Earthgrains Baking Companies, Inc. will take the oral videotaped deposition of **Jose O. Herrera**, upon oral examination before a Notary Public and Court Reporter from the firm of Bryant & Stingley, Inc. Court Reporting. The oral examination will continue from day to day until complete. This deposition will be taken by videotape.

Pursuant to the applicable *Federal Rules of Civil Procedures*, this Notice has the same effect as a subpoena served upon the said party. This subpoena directs the person named as deponent to

C0047712.WPD



appear before the officer at the time and place stated in this Notice for the purpose of giving testimony.

Dated this 19th day of June, 2001.

Respectfully submitted,

MATTHEWS & BRANSCOMB
A Professional Corporation
802 N. Carancahua, Suite 1900
Corpus Christi, Texas 78470-0700
Telephone:   361/888-9261
Telecopier:   361/888-8504

By _____
Keith B. Sieczkowski
TSB No. 18341650
Fed. I.D. No. 17118

ATTORNEYS FOR DEFENDANT
EARTHGRAINS BAKING COMPANIES, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was forwarded to counsel of record as listed below, by United States Certified Mail, Return Receipt Requested on the 19th day of June, 2001.

Carlos E. Hernandez
The Garcia Law Firm
201 North First Street
Harlingen, Texas 78550

**C.M.No. 7099 3220 0004 6531 4274**
**RETURN RECEIPT REQUESTED**

_____
Keith B. Sieczkowski

C0047712.WPD

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE O. HERRERA, | § | |
| | § | |
| vs. | § | C.A. B-00-179 |
| | § | |
| THE EARTHGRAINS COMPANY, et al., | § | |

**ORDER GRANTING MOTION TO QUASH DEPOSITION**

On the __ day of _____, 2001, this cause came on for hearing on the Motion of JOSE O. HERRERA, to Quash the oral deposition or in the alternative, for such other order affording protection to the Defendant pursuant to Federal Rules of Civil Procedure.

After reading the pleadings and hearing the arguments of counsel thereon, the Court is of the opinion that the law is with JOSE O. HERRERA on the Motion to Quash Oral Deposition of JOSE O. HERRERA, and that such Motion should be granted.

It is therefore, ORDERED that the oral deposition of JOSE O. HERRERA be and is hereby QUASHED.

SIGNED this the _____ day of _____, 2001

_____
United States District Judge Presiding