24

United States District Court
Southern District of Texas
FILED

JUL 1 0 2001

Michael N. Milby
Clerk of Court

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **JOSE O. HERRERA,** | § | |
| **Plaintiff** | § | |
| | § | |
| **vs.** | § | **CIVIL ACTION NO. B-00-179** |
| | § | |
| **THE EARTHGRAINS COMPANY,** | § | |
| **and EARTHGRAINS BAKING** | § | |
| **COMPANIES, INC.** | § | |
| **Defendants** | § | |

**DEFENDANT EARTHGRAINS BAKING COMPANIES, INC.'S
RESPONSE TO PLAINTIFF'S MOTION
FOR PROTECTIVE ORDER**

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant Earthgrains Baking Companies, Inc. (herein "Earthgrains"), incorrectly referred to as "The Earthgrains Company" files this Response to Plaintiff's Motion for Protective Order and respectfully shows the Court as follows:

1.   On July 9, 2001, Plaintiff filed his Motion for Protective Order to prevent his duly noticed deposition set for July 10, 2001.  The only basis asserted for the protective order is that taking Plaintiff's deposition is "to annoy, and/or oppress deponent" assertedly because the Court has not yet ruled on Plaintiff's Motion to Remand. Mot. ¶ III. a.  Plaintiff's Motion for Protective Order is without merit and unnecessarily delays discovery in this matter.

2.   Initially, there is no rule or practice that prevents the parties from engaging in legitimate discovery while a Motion for Remand is pending.  On April 18, 2001, the Court issued its Scheduling Order indicating that discovery was to be completed by September 21, 2001, consistent with the Parties' Joint Discovery/Case Management Plan.  Until Plaintiff's obstacle thrown to prevent his deposition, discovery had proceeded smartly in this case.

C0048638 WPD 2

3. Moreover, to the extent that Plaintiff attempts to justify his Motion for Protective Order because of the pending Motion to Remand, such an assertion is disingenuous. Since the Motion to Remand was filed Defendant has responded to Plaintiff's Requests for Admissions, Plaintiff's Interrogatories, and Plaintiff's Request for Production. Likewise, Plaintiff has responded to Defendant's Requests for Production and Interrogatories. Thus, there is simply no basis now to thwart Defendant's taking of a properly noticed deposition of Plaintiff. Discovery has been on-going without delay despite the pending Motion to Remand.

4. Federal Rule of Civil Procedure 26(d) allows a party to conduct its discovery in any sequence and prevents parties from delaying the discovery of others. Fed. R. Civ. P. 26(d). Further, rule 30 allows taking the deposition of a party with reasonable notice at reasonable places and times.[1] See generally, *id.* 30(a), (b). Moreover, "any impediment, [or] *delay*" in taking the fair examination of a deponent is grounds for sanctions by the Court. *Id.* 30(d)(3).

5. As Plaintiff's Motion is without basis or merit, Defendant requests that the matter be set for hearing and that upon hearing, the Motion be denied and Defendant be awarded its costs and fees in having to respond herein.

---

[1]The deposition was scheduled through Plaintiff's counsel's office, noticed twenty days before the deposition was to take place, and was to occur at Plaintiff's counsel's office. Therefore, there can be no argument that the notice was unreasonable in any way.

C0048638.WPD:2                                          -2-

WHEREFORE, PREMISES CONSIDERED, Defendant prays that Plaintiff's Motion for

Protective Order be denied and that Defendant be awarded all other relief to which it may be entitled.

Respectfully submitted,

MATTHEWS & BRANSCOMB
A Professional Corporation
802 N. Carancahua, Suite 1900
Corpus Christi, Texas 78470-0700
Telephone: (361) 888-9261
Facsimile: (361) 888-8504

By _____
     Keith B. Sieczkowski
     TSB No. 18341650
     Fed. I.D. No. 17118

ATTORNEYS FOR DEFENDANT
EARTHGRAINS BAKING COMPANIES, INC.

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing has been served by facsimile and regular mail on the following counsel in charge on this 10th day of July, 2001.

Carlos E. Hernandez, Jr.
The Garcia Law Firm, P.C.
201 North First Street
Harlingen, Texas 78550

_____
Keith B. Sieczkowski

ClibPDF - www.fastio.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **JOSE O. HERRERA,** | § | |
| **Plaintiff** | § | |
| | § | |
| | § | |
| **vs.** | § | **CIVIL ACTION NO. B-00-179** |
| | § | |
| **THE EARTHGRAINS COMPANY,** | § | |
| **and EARTHGRAINS BAKING** | § | |
| **COMPANIES, INC.** | § | |
| **Defendants** | § | |

## ORDER DENYING
## PLAINTIFF'S MOTION FOR PROTECTIVE ORDER

On _____ , 2001, the Court considered Plaintiff's Motion for Protective Order and

Defendant's Response thereto.  After considering the merits of the motion and the response, the

Court DENIES Plaintiff's Motion for Protective Order and ORDERS the Plaintiff to be produced

at a time and location convenient to Defendant for the taking of his deposition.

Further, Plaintiff is ORDERED to pay Defendant $_____ for having to respond to

Plaintiff's Motion for Protective Order.


SIGNED on _____ , 2001.


_____
United States District Judge


C0048638.WPD 2