25

United States District Court
Southern District of Texas
FILED

JUL 16 2001

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE O. HERRERA, | § | |
| Plaintiff | § | |
| vs. | § | CIVIL ACTION NO. |
| | § | B-00-179 |
| THE EARTHGRAINS COMPANY, | § | **(Jury Requested)** |
| Defendant | § | |

## AGREED MOTION TO WITHDRAW PLAINTIFF'S MOTION FOR PROTECTIVE ORDER AND DEFENDANT'S RESPONSE THERETO

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Plaintiff Jose O. Herrera and Defendant Earthgrains Baking Companies, Inc., and file this their Agreed Motion to Withdraw Plaintiff's Motion for Protective Order and Defendant's Response thereto, including Defendant's request for affirmative relief. In support thereof, Plaintiff and Defendant would respectfully show unto the Court as follows:

I.

On July 9, 2001, Plaintiff filed his Motion for Protective Order requesting that the Court protect the Plaintiff from examination until such time as the Court ruled on his Motion for Discretionary Remand. In response to Plaintiff's Motion, Defendant filed its Response on July 10, 2001.

II.

Plaintiff's counsel and Defendant's counsel have reached an agreement on the Motion for Protective Order and request that the Court allow the withdrawal of Plaintiff's

Motion for Protective Order, and Defendant's Response thereto, as well as its request for affirmative relief.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendant pray that the Court grant this Agreed Motion. Additionally, the parties pray for such other and further relief at law or in equity to which they may be justly entitled to receive.

Signed July 13, 2001.

Respectfully submitted,

THE GARCIA LAW FIRM, P.C.
201 North First Street
Harlingen, Texas 78550
Telephone: (956) 412-7055
Facsimile: (956) 412-7105

By: _____
Carlos E. Hernandez, Jr.
State Bar No. 00787681
Federal Bar No. 17022

Attorney-in-Charge for
Plaintiff Jose O. Herrera

MATTHEWS & BRANSCOMB
802 N. Carancahua, Ste. 1900
Corpus Christi, TX 78470
Telephone: (361) 888-9261
Facsimile: (361) 888-8504

By: _____
Keith B. Sieczkowski
State Bar No. 18341650
Federal Bar No. 17118

*permission CEH*

Attorney-in-Charge for Defendant
Earthgrains Baking Companies, Inc.

-3-

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing, Agreed Motion Withdrawing Plaintiff's Motion for Protective Order and Defendant's Motion for Sanctions, has been served on all counsel of record, to wit:

<u>Via Facsimile (361) 888-8504</u>
Mr. Keith B. Sieczkowski
Matthews and Branscomb
802 North Carancahua, Ste. 1900
Corpus Christi, TX 78470

by depositing same in the care and custody of the United States Postal Service, by regular mail, unless otherwise specifically specified herein, on July 13, 2001.

_____
Carlos E. Hernandez, Jr.

ClibPDF - www.fastio.com