

United States District Court
Southern District of Texas
FILED

AUG 16 2001

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE O. HERRERA, § | | |
| Plaintiff § | | |
| vs. § | CIVIL ACTION NO. | |
| § | B-00-179 | |
| § | (Jury Requested) | |
| THE EARTHGRAINS COMPANY, INC. § | | |
| and EARTHGRAINS BAKING § | | |
| COMPANIES, INC. § | | |
| Defendants § | | |

## PLAINTIFF'S DESIGNATION OF EXPERT WITNESSES

**TO THE HONORABLE JUDGE TAGLE:**

COMES NOW, JOSE O. HERRERA, Plaintiff in the above styled and numbered cause, hereby timely files his designation of expert witnesses, in compliance with the Court's Docket Control Order dated April 18, 2001.

With regard to expert witnesses, Plaintiff designates the following:

Carlos E. Hernandez, Jr.
The Garcia Law Firm, P.C.
201 North First St.
Harlingen, Texas 78550

This witness may testify regarding reasonable attorney's fees requested based on the hours expended in this and similar cases is reasonable and necessary. This witness may rely upon any documentation reflecting the hours expended by plaintiff's counsel in this case. This witness may further rely upon attorney fee awards in similar cases in the South Texas area as well as that awarded in the landmark case of *Bushell v. Dean*, 803 S.W.2d 711 (Tex.1991), the case of *Carlos Rodriguez v. Trico Technologies Corporation*, (Cause No. 91-09-4990-E, 357th District Court, Cameron County, Texas), *Jerry Jackson v. Brownsville ISD*, (Brownsville Federal Court), *Guadalupe Huerta v. Gorges Foodservice, Inc.*, (Cause No. 93-12-7360-E, 357th District Court, Cameron County, Texas), and *Amelia Flores v. Jimmy Gonzalez, et al.*, (Cause No. C-5469-93-B, 93rd District Court, Hidalgo County, Texas). This witness may also testify that an attorney's fee rate of $200.00 per hour or a contingency contract for 40% to 50% for a case similar to that of the Plaintiff is reasonable. The attorney's fee request for a minimum of $30,000.00 to date is reasonable and necessary in Plaintiff's case. This witness will state that attorneys fees requested by Plaintiff are reasonable and necessary.

The witness may further testify that it is extremely difficult to have employment cases, especially those involving discrimination issues, accepted by members of the private bar. The witness may further testify that there is a small number of attorneys in South Texas who practice employment law on a full time basis. Further, it is important to encourage attorneys willing to provide such representation on a contingency basis, as was done in this case, to do so through awards of attorneys' fees which make such cases as economically feasible as non-public interest complex civil litigation. This witness will testify that a substantial enhancement on top of prevailing market hourly rates is necessary to attract competent counsel to accept employment discrimination cases. The request for an enhancement is twice (2.0) the normal hourly billing rate is reasonable in this case. Attached hereto is a copy of the hours expended to date as well as Mr. Hernandez' resume.

WHEREFORE, PREMISES CONSIDERED, Plaintiff JOSE O. HERRERA hereby files his designation of expert witnesses in accordance with the Docket Control Order entered in this case. Additionally, Plaintiff JOSE O. HERRERA prays for such other and further relief at law and in equity to which he may be justly entitled to receive.

Signed August 15, 2001.

Respectfully submitted,

GARCIA & ROMERO, L.L.P.
201 North First Street
Harlingen, Texas 78550
Telephone: (956) 412-7055
Facsimile: (956) 412-7105

By: _____
Carlos E. Hernandez, Jr.
State Bar No. 00787681
Federal ID 17022

Attorneys for Plaintiff

**PLAINTIFF'S DESIGNATION OF EXPERTS - PAGE 2**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing, Plaintiff Jose O. Herrera's Designation of Experts, has been served on all counsel of record, to wit:

*Via Certified Mail, R.R.R. and facsimile*
Mr. Keith B. Sieczkowski
Mr. P. Garrett Triplett
Matthews and Branscomb
802 North Carancahua, Ste. 1900
Corpus Christi, TX 78470

by depositing same in the care and custody of the United States Postal Service, by regular mail, unless otherwise specifically specified herein, on August 15, 2001.

Carlos E. Hernandez, Jr.

**PLAINTIFF'S DESIGNATION OF EXPERTS - PAGE 3**

# CARLOS E. HERNANDEZ, JR.
## Attorney at Law
*chernandez@garcialawpc.com*

| | |
|---|---|
| Cameron County Office: | Hidalgo County Office: |
| 201 North First Street | 6521 North Tenth, Ste. C |
| Harlingen, Texas 78550 | McAllen, Texas 78504 |
| Office: (956) 412-7055 | Office: (956) 631-8883 |
| Facsimile: (956) 412-7105 | Facsimile: (956) 631-8188 |

---

## PRACTICE FOCUS:

Mr. Hernandez is experienced in all aspects of Employment Law litigation and has represented employers, school districts and individuals in various employment related matters. His state and federal court practice has been all inclusive, ranging from discovery and motion practice, to litigation of matters through settlement, mediation and jury verdict. Mr. Hernandez's docket involves discrimination suits on the basis of age, race, sex, national origin, religious affiliation as well as disability discrimination, sexual harassment, wrongful termination, retaliatory discharge, whistleblowing complaints, breach of contract and other workplace claims.

Mr. Hernandez also has an active administrative law practice which has allowed him to develop significant experience before federal and state labor agencies, such as the Equal Employment Opportunity Commission ("EEOC"), the Texas Commission on Human Rights ("TCHR"), the Department of Labor--Wage and Hour Division ("DOL"), the Department of Justice ("DOJ"), the Texas Workers Compensation Commission ("TWCC"), the Texas Workforce Commission ("TWC") and the State Office of Administrative Hearings ("SOAH").

Additionally, Mr. Hernandez maintains an active litigation docket involving Construction law, School law, Civil Rights and Governmental Entity litigation, Banking litigation, Medical Malpractice, Trucking litigation and general insurance defense litigation.

## EDUCATION:

TEXAS A&M UNIVERSITY, College Station, Texas,
Bachelor of Arts degree in Political Science, 1989
Minor - Marketing and Sociology

SOUTH TEXAS COLLEGE OF LAW, Houston, Texas
Doctor of Jurisprudence, 1993

## PROFESSIONAL EXPERIENCE:

| | |
|---|---|
| 1997 to present | THE GARCIA LAW FIRM, P.C.*, *Senior Associate*<br>Harlingen, Texas |
| | * *Formerly known as Garcia & Romero, L.L.P. and*<br>*Hirsch, Sheiness & Garcia, P.L.L.C.* |
| 1995-1996 | SWEETMAN & WISE, L.L.P., *Associate Attorney*<br>Harlingen, Texas |
| 1993-1994 | WILLETTE & JAMES, *Associate Attorney*<br>Brownsville, Texas |

## LICENSES:

1993, Supreme Court of Texas, State Bar No. 00787681
1994, United States District Court, Southern District of Texas, Federal ID 17022
1996, United States Court of Appeals, Fifth Circuit

## ASSOCIATIONS AND COMMITTEES:

Member, National Employment Lawyers Association, 1999 to present
Member, State Bar of Texas, Labor and Employment Section, 1999 to present
Member, College of the State Bar of Texas, 2000 to present
Member, Pro Bono College of the State Bar of Texas, 2000 to present
Member, Cameron County Bar Association, 1993 to present
Member, Hidalgo County Bar Association, 1993 to present
Member, Brownsville Chamber of Commerce, 1993 to present
Member, Harlingen Jaycees, 2000 to present
Director, South Texas College of Law -- Board of Advocates, 1992-1993
Martin Luther King Minority Scholarship Recipient, 1992
Social Chairman, Hispanic Law Students Association ("HLSA"), 1992-1993

## PERSONAL:

Born December 23, 1966 in San Antonio, Texas
Married to Sophia Alexa (Salinas) Hernandez

Children:   Carlos E. Hernandez, III  (age 4)
            Gabriela Renee Hernandez (age 1)

Resident of the Rio Grande Valley for last 30 years

# THE GARCIA LAW FIRM, P.C.

A Professional Corporation
Attorneys at Law
201 North 1st Street
Harlingen, Texas 78550
Telephone: (956) 412-7055
Facsimile: (956) 412-7105
Tax ID No.: 74-2984840

August 15, 2001

Joe Ofidio Herrera (Plaintiff)
Rt. 6, Box 55E
San Benito TX 78586

In Reference To: Joe O. Herrera v. Earthgrains

Invoice # 2267

For Professional Services Rendered

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/18/99 | CEH | Meeting with client, Joe Herrera. | 1.10 | |
| 9/30/99 | CEH | Client conference with Joe Herrera to complete Texas Commission of Human Rights Intake Questionnaire. | 1.10 | |
| 5/2/00 | CEH | Letter to Frank Lugo, investigator with the Texas Commission on Human Rights, regarding status of previous request for notice of right to sue letter | 0.20 | |
| 5/4/00 | CEH | Receipt and review of correspondence from TCHR regarding right to sue; 180 days have not lapsed since complaint was filed | 0.10 | |
| 8/17/00 | CEH | Correspondence to Bob Mitchell regarding Right to Sue Notice | 0.20 | |
| | CEH | Correspondence to William Halel regarding Right to Sue Notice | 0.20 | |
| 8/21/00 | CEH | Receipt and review of Plaintiff's Notice of Right to Sue Letter | 0.20 | |
| 9/26/00 | CEH | Receipt and review of Notice of Right to Sue Letter from EEOC | 0.20 | |
| 10/16/00 | CEH | Finalize Plaintiff's Original Petition. | 0.30 | |
| | CEH | Letter to county clerk enclosing Plaintiff's Original Petition for filing, and requesting that citation be issued upon Defendant by certified mail, return receipt requested. | 0.20 | |

Joe Ofidio Herrera (Plaintiff)                                                                                   Page

|        |     |                                                                                                                                                                                                | Hrs/Rate | Amount |
|--------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|----------|--------|
| 11/2/00 | CEH | Telephone conference with county clerk's office and determine that Defendant has been served with process. | 0.10 | |
| 11/8/00 | CEH | Letter to client, Jose Herrera, regarding service of process on Defendant, calculate when its Answer is due, and provide him with a summary of what to expect during litigation. | 0.60 | |
| 11/13/00 | CEH | Receipt and review of Defendant's Original Answer and Special Exceptions to Plaintiff's Original Petition | 0.20 | |
| 11/21/00 | CEH | Letter to client regarding case removed from state court to federal court, and enclosing copies of Notice of Removal for his review and consideration. | 0.40 | |
|  | CEH | Review Notice of Removal and case law. | 0.60 | |
|  | CEH | Receipt and review of Notice of Removal | 0.30 | |
|  | CEH | Receipt and review of Court's Scheduling Order | 0.20 | |
|  | CEH | Receipt and review of Notice of Removal to County Court at Law No. 3 | 0.30 | |
| 12/7/00 | CEH | Letter to client, Jose Herrera, enclosing copy of Defendant's Original Answer, as was filed in federal court, and Defendant's Certificate of Interested Parties. | 0.20 | |
| 1/11/01 | CEH | Receipt and review of Notice of Intention to Take Deposition by Written Questions pertaining to medical records of Jose Herrera from San Benito Medical Association | 0.10 | |
|  | CEH | Receipt and review of Notice of Intention to Take Deposition by Written Questions pertaining to medical records of Jose Herrera from McAllen Neurosurgical Center, P.A. | 0.10 | |
|  | CEH | Receipt and review of Notice of Intention to Take Deposition by Written Questions pertaining to medical records of Jose Herrera from Madhavan Pisharodi, M.D. | 0.10 | |
|  | CEH | Receipt and review of Notice of Intention to Take Deposition by Written Questions pertaining to records of Jose Herrera from Bakery, Confectionery and Tobacco Workers International Union, Local 163 | 0.10 | |
| 1/17/01 | CEH | Receipt and review of letter from attorney Garrett Triplett regarding the scheduling of the Rule 26(f) attorney conference meeting scheduled for January 19, 2001. | 0.10 | |

Joe Ofidio Herrera (Plaintiff)                                                                                          Page

|            |     |                                                                                                                                                                                           | Hrs/Rate | Amount |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|----------|--------|
| 1/23/01    | CEH | Receipt of letter from attorney Garrett Triplett, along with proposed Joint Discovery/Case Management Plan.                                                                               | 0.50     |        |
| 1/24/01    | CEH | Letter to attorney Garrett Triplett regarding changes to Joint Discovery/Case Management Plan.                                                                                            | 0.30     |        |
|            | CEH | Telephone conference with attorney Garrett Triplett regarding changes to Joint Discovery/Case Management Plan and specifically, section 4, reasons for disagreeing with federal jurisdiction portion. | 0.30     |        |
| 2/1/01     | CEH | Receipt and review of Joint Discovery/Case Management Plan which has been submitted to the court.                                                                                         | 0.20     |        |
| 2/7/01     | CEH | Receipt and review of Defendant's Initial Disclosures.                                                                                                                                    | 0.30     |        |
| 2/9/01     | CEH | Preparation of Plaintiff's Initial Disclosures.                                                                                                                                           | 1.30     |        |
| 2/12/01    | CEH | Letter to client, advising of parties' agreed schedule, enclosing copies of Joint Discovery/Case Management Plan, Plaintiff's Initial Disclosures, and Defendant's Initial Disclosures.   | 0.20     |        |
|            | CEH | Letter to client, Jose Herrera, enclosing for his review and information copies of the court's scheduling order, Plaintiff's Initial Disclosures and Defendant's Initial Disclosures.     | 0.20     |        |
|            | CEH | Receipt and review of Defendant's First Amended Initial Disclosures.                                                                                                                      | 0.40     |        |
| 2/14/01    | CEH | Receipt and review of Defendant's Motion for More Definite Statement.                                                                                                                     | 0.60     |        |
| 3/6/01     | CEH | Receipt and review of court's Order Resetting Conference for April 16, 2001.                                                                                                              | 0.10     |        |
| 3/13/01    | CEH | Receipt and review of Notice of Filing from Marshall's Business Records as to the medical records obtained from the McAllen Neurosurgical Center, P.A.                                    | 0.10     |        |
| 3/19/01    | CEH | Receipt and review of Notice of Intention to Take Deposition by Written Questions of ACE USA.                                                                                             | 0.20     |        |
| 3/30/01    | CEH | Receipt and review of Defendant's First Interrogatories to Plaintiff.                                                                                                                     | 0.40     |        |
|            | CEH | Receipt and review of Defendant's First Requests for Production to Plaintiff.                                                                                                             | 0.40     |        |
|            | CEH | Letter to client, Jose Herrera, enclosing Defendant's Interrogatories and Requests for Produciton, with instructions on answering and returning to our office.                            | 0.20     |        |

Joe Ofidio Herrera (Plaintiff)                                                                                      Page

|            |     |                                                                                                                          | Hrs/Rate | Amount |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------|----------|--------|
| 4/5/01     | CEH | Preparation of Plaintiff's First Requests for Production to Defendant.                                                   | 1.60     |        |
|            | CEH | Preparation of Plaintiff's First Requests for Admission to Defendant.                                                    | 0.90     |        |
|            | CEH | Preparation of Plaintiff's First Set of Interrogatories to Defendant.                                                    | 1.70     |        |
|            | CEH | Receipt and review of Order on Defendant's Motion for More Definite Statement.                                           | 0.20     |        |
| 4/12/01    | CEH | Preparation of Plaintiff's First Amended Original Complaint.                                                             | 0.60     |        |
| 4/16/01    | CEH | Preparation for initial pretrial conference.                                                                             | 0.50     |        |
|            | CEH | Appear before the federal court and attend initial pretrial conference in Brownsville.                                   | 2.40     |        |
| 4/19/01    | CEH | Receipt and review of Scheduling Order, setting docket call for February 7, 2002 and imposing various deadlines.         | 0.20     |        |
|            | CEH | Receipt and review of Scheduling Order.                                                                                  | 0.20     |        |
| 4/23/01    | CEH | Receipt and review of Defendant's Answer to Plaintiff's First Amended Original Complaint.                                | 0.30     |        |
|            | CEH | Preparation of Plaintiff's Motion for Discretionary Remand, and proposed Order granting remand.                          | 2.80     |        |
| 4/26/01    | CEH | Telephone conference with attorney Garrett Triplett regarding extension of time to answer Defendant's discovery.         | 0.20     |        |
|            | CEH | Letter to attorney Garrett Triplett confirming extension of time to answer Defendant's discovery.                        | 0.20     |        |
| 4/30/01    | CEH | Receipt and review of fax from attorney Garrett Triplett requesting extension of time in which to respond to discovery.  | 0.10     |        |
|            | CEH | Letter to client, Jose Herrera, enclosing a copy of the Scheduling Order.                                                | 0.20     |        |
| 5/4/01     | CEH | Receipt and review of Defendant's Responses to Plaintiff's First Requests for Admission.                                 | 0.30     |        |
| 5/11/01    | CEH | Telephone conference with attorney Keith Sieczkowski regarding outstanding discovery.                                    | 0.10     |        |
|            | CEH | Letter to attorney Keith Sieczkowski regarding agreement of extension of time in which for Plaintiff answer outstanding discovery to May 22, 2001. | 0.20     |        |

Joe Ofidio Herrera (Plaintiff)                                           Page

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/11/01 | CEH | Receipt and review of Defendant Earthgrains Baking Companies, Inc.'s Response to Plaintiff's Motion for Discretionary Remand. | 0.60 | |
| 5/15/01 | CEH | Letter to attorney Garrett Triplett regarding scheduling of hearings, depositions, mediations, etc. | 0.20 | |
| 5/16/01 | CEH | Preparation of Plaintiff's Second Amended Original Complaint. | 0.50 | |
| 5/21/01 | CEH | Receipt and review of Defendant Earthgrains Baking Companies, Inc.'s Answers to Plaintiff's First Set of Interrogatories. | 1.50 | |
| | CEH | Receipt and review of Notice of Filing regarding employment records from Hygeia Dairy Company. | 0.10 | |
| | CEH | Receipt and review of Defendant Earthgrains Baking Companies, Inc.'s Responses to Plaintiff's First Requests for Production. | 1.50 | |
| 5/22/01 | CEH | Preparation of Plaintiff's First Requests for Production to Defendant Earthgrains Baking Companies, Inc. | 1.50 | |
| | CEH | Preparation of Plaintiff's First Requests for Admission to Defendant Earthgrains Baking Companies, Inc. | 0.80 | |
| | CEH | Preparation of Plaintiff's Answers to Defendant Earthgrains Company's First Set of Interrogatories. | 1.50 | |
| | CEH | Preparation of Plaintiff's Responses to Defendant Earthgrains Company's First Requests for Production. | 1.50 | |
| | CEH | Preparation of Plaintiff's First Set of Interrogatories to Defendant Earthgrains Baking Companies, Inc. | 1.50 | |
| 5/23/01 | CEH | Receipt and review of Defendant Earthgrains Baking Companies, Inc.'s Answer to Plaintiff's Second Amended Original Complaint. | 0.50 | |
| | CEH | Preparation of Return of Summons on Defendant Earthgrains Baking Companies, Inc. | 0.20 | |
| | CEH | Letter to federal clerk enclosing return of Summons unserved, due to the fact that Defendant Earthgrains Baking Companies, Inc. filed answer prior to be served. | 0.20 | |
| 5/24/01 | CEH | Preparation of Plaintiff's Reply to Defendant Earthgrains Baking Companies, Inc.'s Response to Plaintiff's Motion for Remand. | 3.60 | |
| | CEH | Research regarding remand to state court. | 2.00 | |

Joe Ofidio Herrera (Plaintiff)                                                                                           Page

|             |     |                                                                                                                                                                                     | Hrs/Rate | Amount |
|-------------|-----|-----|---|---|
| 5/29/01     | CEH | Letter to Judge Hilda Tagle regarding correction to one of the footnotes to Plaintiff's Reply to Defendant's Response to Plaintiff's Motion to Remand. | 0.20 |   |
| 5/30/01     | CEH | Receipt and review of Defendant's Motion for Leave to File Supplement to its Response to Plaintiff's Motion for Discretionary Remand. | 0.30 |   |
|             | CEH | Receipt and review of Defendant's Supplement to its Response to Plaintiff's Motion for Discretionary Remand. | 0.40 |   |
| 6/4/01      | CEH | Receipt and review of Notice of Intention to Take Deposition by Written Questions of McAllen Neurosurgical Center, P.A. for medical records on Plaintiff. | 0.20 |   |
|             | CEH | Receipt and review of Notice of Intention to Take Deposition by Written Questions of Petros Chappanos, M.D. for medical records on Plaintiff. | 0.20 |   |
| 6/5/01      | CEH | Preparation of Plaintiff's Motion for Leave to File Supplemental Reply to Defendant Earthgrains Baking Companies, Inc.'s Response to Plaintiff's Motion for Discretionary Remand. | 0.40 |   |
|             | CEH | Preparation of Plaintiff's Supplemental Reply to Defendant Earthgrains Baking Companies, Inc.'s Response to Plaintiff's Motion for Discretionary Remand. | 0.60 |   |
| 6/8/01      | CEH | Receipt and review of fax from attorney Keith Sieczkowski regarding Defendants' answers to discovery. | 0.20 |   |
| 6/22/01     | CEH | Letter to client, Jose Herrera, enclosing notice scheduling his deposition for July 10, 2001, and enclose deposition instructions and confirm pre-deposition conference. | 0.30 |   |
|             | CEH | Receipt and review of Notice of Intention to Take the Oral Deposition of Jose O. Herrera for July 10, 2001. | **0.20** |   |
| 7/3/01      | CEH | Receipt and review of Notice of Filing by Marshall's Business Records of Plaintiff's medical records from Pedtros Chappanos, M.D. | 0.10 |   |
| 7/9/01      | CEH | Preparation of Plaintiff's Motion to Quash Deposition or, in the Alternative, Motion for Protective Order. | 0.60 |   |
|             | CAG | Correspondence to Court regarding Plaintiff's Motion to Quash Deposition | 0.20 |   |
|             | CAG | Preparation of Motion to Quash Deposition of Plaintiff and Order | 0.80 |   |

Joe Ofidio Herrera (Plaintiff)                                                                      Page

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/10/01 | CEH | Letter to attorney Keith Sieczkowski regarding Defendants' request for sanctions and representation of agreement to reschedule Plaintiff's deposition until court ruling on remand. | 0.30 | |
| | CEH | Receipt and review of Defendants' Response to Plaintiff's Motion for Protective Order. | 0.30 | |
| 7/12/01 | CEH | Telephone conference with attorney Keith Sieczkowski regarding Plaintiff's pending Motion for Protective Order, and Defendant's response thereto. | 0.20 | |
| | CEH | Preparation of proposed Agreed Motion to Withdraw Plaintiff's Motion for Protective Order and Defendant's response thereto. | 0.40 | |
| | CEH | Letter to attorney Keith Sieczkowski enclosing, for his review and approval, proposed Agreed Motion to Withdraw Plaintiff's Motion for Protective Order and Defendant's response thereto. | 0.20 | |
| 7/13/01 | CEH | Telephone conference with attorney Keith Seiczkowski. | 0.30 | |
| | CEH | Letter to attorney Keith Sieczkowski regarding Plaintiff not available for deposition on July 17, 2001 as tentatively scheduled. | 0.20 | |
| | CEH | Final revisions to Agreed Motion to Withdraw Plaintiff's Motion for Protective Order and Defendant's Response Thereto. | 0.10 | |
| | CEH | Telephone conference with attorney Keith Sieczkowski regarding changes to Agreed Motion to Withdraw Plaintiff's Motion for Protective Order and Defendant's Response Thereto. | 0.30 | |
| 7/16/01 | CEH | Letter to client, Jose Herrera, requesting that he contact us so that we may obtain dates when he is available for deposition. | 0.10 | |
| | CEH | Receipt and review of Defendant's First Amended Notice of Intention to Take the Oral Deposition of Jose Herrera (scheduled for July 17, 2001). | 0.20 | |
| 7/25/01 | CEH | Receipt and review of Notice of Intention to Take Deposition by Written Questions of Silver Petroleum for Plaintiff's employment records. | 0.20 | |
| | CEH | Receipt and review of Notice of Intention to Take Deposition by Written Questions of Broadband Services for Plaintiff's employment records. | 0.20 | |
| | CEH | Receipt and review of Notice of Intention to Take Deposition by Written Questions of Giddy-Up Delivery Services for Plaintiff's employment records. | 0.20 | |

Joe Ofidio Herrera (Plaintiff)                                                                                              Page

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/27/01 | CEH | Letter to client, Jose Herrera, enclosing amended notice scheduling his deposition for August 2, 2001. | 0.20 | |
| | CEH | Receipt and review of Defendant's Second Amended Notice of Intention to Take the Oral Deposition of Plaintiff, for August 2, 2001. | 0.20 | |
| 7/30/01 | CEH | Receipt and review of Notice of Filing of Plaintiff's medical records from McAllen Neurosurgical Center. | 0.10 | |
| 8/1/01 | CEH | Pre-deposition conference with client, Joe Herrera. | 3.50 | |
| | CEH | Plan and prepare for presenting client, Joe Herrera, for deposition. | 2.50 | |
| 8/2/01 | CEH | Attend and present client, Joe Herrera, for deposition. | 6.50 | |
| 8/3/01 | CEH | Letter to Stella Cavazos, Court Administrator of the federal court in Brownsville, and request oral argument on Plaintiff's Motion for Discretionary Remand which remains pending before the court. | 0.20 | |
| 8/6/01 | CEH | Letter to Stella Cavazos, Court Administrator, requesting Plaintiff's Motion for Discretionary Remand pending before the court for over three months, and again request that it be set for oral argument. | 0.30 | |
| 8/8/01 | CEH | Receipt and review of fax from attorney Keith Sieczkowski regarding the scheduling of the deposition of Gary Bryant for September 5, 2001, however, he is on vacation and date cannot be confirmed until August 13, 2001. | 0.20 | |
| | | For professional services rendered | 64.90 | $ 12,980.00 |

Additional Charges :

| | | | |
|---|---|---|---|
| 9/30/99 | September monthly copies total: (43 @ .15 each) | | 6.45 |
| 11/30/99 | November monthly copies total: (95 @ .15 each) | | 14.25 |
| 3/31/00 | March monthly copies total: (3 @ .15 each) | | 0.45 |
| 4/30/00 | April monthly copies total: (3@ .15 each) | | 0.45 |
| 5/31/00 | May monthly copies total: (10 @ .15 each) | | 1.50 |
| 9/30/00 | Copies | | 0.30 |
| 10/16/00 | Cameron County District Clerk Issuance of Citation | | 4.00 |
| | Cameron County District Clerk Service of Cetified Mail | | 55.00 |

Joe Ofidio Herrera (Plaintiff)                                          Page

|  |  | Amount |
|---|---|---|
| 10/16/00 | Cameron County District Clerk Filing Fee | 175.00 |
| 10/31/00 | October Copies | 5.85 |
| 11/30/00 | November Copies (41 @ .15) | 6.15 |
| 1/25/01 | Marshall's Business Records Copy of Deposition and Exhibits pertaining to Jose O. Herrera | 209.20 |
| 2/7/01 | Marshall's Business Records, Deposition and exhibits from Madhaven Pisharodi, M.D., P.A. pertaining to Jose O. Herrera | 173.80 |
| 2/28/01 | February copies 33 @ .15 | 4.95 |
| 4/3/01 | Marshall's Business Records, Deposition and exhibits of Jose O. Herrera | 389.20 |
| 4/30/01 | April copies 100 @ .15 | 15.00 |
| 6/30/01 | June copies 1059 @ .15 | 158.85 |
| 7/31/01 | July copies 42 @ .15 | 6.30 |
|  | **Total costs** | $1,226.70 |
|  | Total amount of this bill | $14,206.70 |

## Timekeeper Summary

| Name | Amount |
|---|---|
| Cindy A. Garcia, Partner | $0.00 |
| Carlos E. Hernandez, Jr., Senior Associate | $0.00 |