27

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 2 3 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Jose O. Herrera, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. B-00-179 |
| The Earthgrain Company, | § | |
| Defendant. | § | |

## ORDER

BE IT REMEMBERED that on August 23, 2001, the Court **GRANTED** the Parties' Agreed Motion to Withdraw Plaintiff's Motion for Protective Order and Defendant's Response Thereto [Dkt. No. 25], rendering Plaintiff's Motion to Quash Oral Deposition or in the Alternative, Motion for Protective Order [Dkt. No. 23] and Defendant's Response [Dkt. No. 24] both **MOOT**.

DONE at Brownsville, Texas, this 23rd day of August 2001.

_____
Hilda G. Tagle
United States District Judge