United States District Court
Southern District of Texas
FILED

SEP 21 2001

Michael N. Milby
Clerk of Court

28

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE O. HERRERA | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-00-179 |
| | § | |
| THE EARTHGRAINS COMPANY | § | |

### DEFENDANT EARTHGRAINS BAKING COMPANIES, INC.'S DESIGNATION OF EXPERT WITNESSES

Pursuant to the Court's Scheduling Control Order entered on April 18, 2001, Defendant hereby designates the following persons which Defendant may call as an expert witness.

1. Defendant names the following experts:

Keith B. Sieczkowski
Matthews & Branscomb
A Professional Corporation
802 N. Carancahua, Suite 1900
Corpus Christi, TX 78470-0700
Telephone: (361)888-9261
Facsimile: (361)888-8504

Mr. Sieczkowski is expected to testify regarding the reasonableness and necessity of attorney's fees and costs of suit.

C0052572.WPD:

Respectfully submitted,

MATTHEWS & BRANSCOMB
A Professional Corporation
802 N. Carancahua, Suite 1900
Corpus Christi, Texas 78470-070
Telephone: (361)888-9261
Facsimile: (361)888-8504

By _____
Keith B. Sieczkowski
Attorney-In-Charge
State Bar No. 18341650
Southern District No. 17118

ATTORNEYS FOR DEFENDANT
EARTHGRAINS BAKING COMPANIES, INC.

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing instrument has been served by United States Certified Mail, Return Receipt Requested on the following counsel in charge on this 20th day of September, 2001, in accordance with *Fed. R. Civ. P.*

Carlos E. Hernandez, Jr.          CMRRR# 7000 1670 0001 1342 5492
Attorney-In-Charge
The Garcia Law Firm, P.C.
201 North First Street
Harlingen, Texas 78550

_____
Keith B. Sieczkowski

C0052572.WPD:                               -2-