31

United States District Court
Southern District of Texas
FILED

OCT 1 2 2001

Michael N. Milby
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE O. HERRERA | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-00-179 |
| | § | |
| THE EARTHGRAINS COMPANY | § | |

## DEFENDANT THE EARTHGRAINS BAKING COMPANIES, INC.'S
## MOTION TO DISMISS

Defendant, The Earthgrains Company, files this Motion to Dismiss and respectfully shows the following:

### I. NATURE OF MOTION

Defendant moves to dismiss Plaintiff's disability and age discrimination claims due to the Collective Bargaining Agreement between Plaintiff's union and Defendant because Plaintiff's discrimination claims are the subject of a mandatory and exclusive grievance and arbitration procedure.

### II. RELEVANT UNDISPUTED FACTS

At all relevant times, Plaintiff was a member of a collective bargaining agreement (CBA) in effect between Defendant and the Union.[1] The CBA governs the treatment of bargaining unit employees, including Plaintiff. *Exhibit 1.* Specifically, the CBA governs the terms and conditions of employment, discipline and discharge and obligations under state or federal law relating to treatment of employees with alleged disabilities and other statutory discriminatory practices. Article

---

[1] During the hearing on Plaintiff's Motion to Remand, Plaintiff's counsel admitted that Plaintiff was a member of the collective bargaining group and was covered by the collective bargaining agreement. As a result, Plaintiff has previously amended his pleadings to delete his original intentional infliction of emotional distress claim due to LMRA, §301 preemption.

6 of the CBA provides

> Section 1.  Neither the Company nor the Union shall illegally discriminate against any individual because of his or her race, color, religion, sex, age, disability, national origin, . . . , as defined by law, with respect to the . . . provisions of this agreement. . . .
> . . . .
>
> Section 2.  American's with Disabilities Act.  This Agreement shall be interpreted to permit the reasonable accommodation of disabled persons to the extent as required by state and/or federal law. . . .

Further, the CBA has an extensive grievance and arbitration provision which governs all aspects of the "terms and conditions of this Contract", including discharges.  CBA, art. 21.  All disputes must be brought by a written grievance within 48 hours of the alleged occurrence.  *Id.* Additionally, all grievances that are not resolved are the subject of mandatory arbitration that must be brought within 10 days of the end of the unsuccessful grievance procedure.  *Id., § 2.*   Plaintiff has never brought a grievance pertaining to his claims of disparate treatment or failure to accommodate.  Therefore, his claims are barred.

## III.  ARGUMENTS AND AUTHORITIES

When a bargaining agreement contains grievance and/or arbitration procedures which are intended to provide the exclusive remedy for claims, the member of the collective bargaining must first exhaust these procedures before resorting to the courts.  *Vaca v. Sipes*, 87 S.Ct. 903, 913-914 (1967); *see also Republic Steel Corp. v. Maddox,* 85 S.Ct. 614 (dismissal of employee's suit is appropriate when employee has sidestepped the grievance machinery provided in a collective bargaining contract and has failed to utilize the contractual procedures for settling his suit); *Hines v. Anchor Motor Freight*, 96 S.Ct. 1048, 1055-1056 (1976); *Rabalais v. Dresser Indus., Inc.,* 566 F.2d 518, 519 (5th Cir. 1978); *Hayes v. New England Millwork Distrib., Inc.*, 602 F.2d 15, 18 (1st Cir. 1979)(if the contract provides for a grievance and arbitration procedure, a court ordinarily may not

2

hear the suit of an employee who has not resorted to the remedies of his contract). Mandatory compliance with the grievance and arbitration procedures of a CBA are enforceable and if so, preclude bringing actions governed by such agreements in state or federal court. *Wright v. Universal Maritime Svc. Corp.*, 119 S.Ct. 391, 395-396 (1998).

If a collective bargaining agreement explicitly incorporates statutory antidiscrimination requirements, a general grievance and arbitration provision in the same agreement acts to bar statutory discrimination suits in courts. *See Id.* at 395-396; *Carson v. Giant Food, Inc.*, 175 F.3d 325, 332 (4th Cir. 1999). For example, in *Safrit v. Cone Mills Corp.*, 248 F.3d 306 (4th Cir. 2001), the court analyzed a collective bargaining agreement to determine if it covered statutory discrimination claims. The court held that "a general clause requiring arbitration under the agreement can be coupled with a provision which makes 'unmistakably clear' that the discrimination statutes at issue are part of the agreement." *Id.* at 308. The court found that unlike the general antidiscrimination provision in the collective bargaining agreement in *Wright*, in this case reference to statute was specifically made. *Id.* Therefore, the court concluded the plaintiff had waived her right to pursue her claims in federal court. *Id.*

Both requirements are met in this case. Initially, the CBA specifically forbids the Union and Defendant from discriminatory practices, *inter alia,* on the basis of disability and age. CBA, art 6, § 1-2. Moreover, the CBA explicitly requires that all conduct be in accordance with state and federal statutes. *Id.* Thus, statutory antidiscrimination requirements have been agreed to by the parties as part of the collective bargaining agreement.[2] Because the CBA has incorporated the statutory antidiscrimination requirements of state and federal law as a substantive part of the agreement, the

---

[2]This is particularly true regarding disability claims as an entire section of the CBA is devoted to ensure the Union's and Defendant's compliance with disability discrimination statutes. CBA, art. 6, § 2.

CBA's grievance and arbitration requirements which govern all "all terms and conditions of this Contract" must apply to plaintiff's discrimination claims based on age and disability.   See *Wright*, 119 S.Ct. at 395-396; *Safrit*, 248 F.3d at 308.   Moreover, because the CBA makes the timely presentation of grievances and arbitration a mandatory condition to bringing a claim, and Plaintiff having failed to do so, his discrimination claims are "null and void."   CBA, art. 21, § 3. *See Safrit*, 248 F.3d at 395-396; *Hines*, 96 S.Ct. at 1055-1056.

WHEREFORE, PREMISES CONSIDERED, Defendant requests that its motion be granted, that judgment be entered in Defendant's favor and that it be awarded all such other relief to which it may justly be entitled.

Respectfully submitted,

MATTHEWS & BRANSCOMB
A Professional Corporation
802 N. Carancahua, Suite 1900
Corpus Christi, Texas  78470-070
Telephone: (361) 888-9261
Facsimile:  (361) 888-8504

By _____
    Keith B. Sieczkowski
    Attorney-In-Charge
    State Bar No. 18341650
    Southern District No. 17118
    Jessica A. Neal
    State Bar No. 24027685
    Southern District No. 27680

ATTORNEYS FOR DEFENDANT
EARTHGRAINS BAKING COMPANIES, INC.

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing instrument has been served by United States Certified Mail, Return Receipt Requested on the following counsel in charge on this 12th day of October, 2001, in accordance with *Fed. R. Civ. P.*

Carlos E. Hernandez, Jr.                    **C. M. No. 7000 1670 0004 6031 5514**
Attorney-In-Charge                          **RETURN RECEIPT REQUESTED**
The Garcia Law Firm, P.C.
201 North First Street
Harlingen, Texas 78550


_____
Keith B. Sieczkowski

0303-20.150

# AGREEMENT

Between

## The Earthgrains Baking Companies, Inc., Harlingen, Texas

and

# BAKERY, CONFECTIONERY AND TOBACCO WORKER'S INTERNATIONAL UNION, AFL-CIO, LOCAL NO. 163

## Houston, Texas

## (Sales, Transport, Garage and Bakery Store)

EFFECTIVE:

**May 8, 1999**

Through

**MAY 10, 2003**

Case 1:00-cv-00179   Document 31   Filed in TXSD on 10/12/2001   Page 7 of 32

☑004

# TABLE OF CONTENTS

| | | |
|---|---|---|
| ARTICLE 1. | EMPLOYEES COVERED | 1 |
| ARTICLE 2. | UNION SECURITY | 1 |
| ARTICLE 3. | UNION BUSINESS | 2 |
| ARTICLE 4. | RIGHTS OF MANAGEMENT | 2 |
| ARTICLE 5. | CHECK-OFF | 3 |
| ARTICLE 6. | NON-DISCRIMINATION | 4 |
| ARTICLE 7. | EXAMINATIONS AND PERMITS | 4 |
| ARTICLE 8. | GOOD APPEARANCE & PROPER CONDUCT | 5 |
| ARTICLE 9. | SENIORITY | 5 |
| ARTICLE 10. | LEAVE OF ABSENCE | 6 |
| ARTICLE 11. | FUNERAL LEAVE | 7 |
| ARTICLE 12. | JURY SERVICE | 7 |
| ARTICLE 13. | VACATIONS | 7 |
| ARTICLE 14. | HOLIDAYS | 8 |
| ARTICLE 15. | WORK WEEK AND CONDITIONS | 9 |
| ARTICLE 16. | COMPENSATION | 9 |
| ARTICLE 17. | MISCELLANEOUS | 12 |
| ARTICLE 18. | DROP SHIPMENT | 13 |
| ARTICLE 19. | SEPARABILITY | 13 |
| ARTICLE 20. | ROUTE CUTS | 13 |
| ARTICLE 21. | GRIEVANCE - ARBITRATION | 13 |
| ARTICLE 22. | NO STRIKE - NO LOCKOUT | 15 |

CAMPDF - www.fesko.com

ARTICLE 23.     BOND MONEY                                         15

ARTICLE 24.     PENSION                                           15

ARTICLE 25.     HEALTH BENEFITS                                   16

ARTICLE 26.     SEVERANCE                                         16

ARTICLE 27.     NON-OPENING                                       17

                LETTER OF UNDERSTANDING (INSURANCE)              18

                LETTER OF UNDERSTANDING (COMPUTERS)              19

                LETTER OF UNDERSTANDING (TECHNOLOGY)             20

                LETTER OF UNDERSTANDING (FMLA)                   21

                LETTER OF UNDERSTANDING (FLEXIBILITY)            23

☑006

# AGREEMENT

This Agreement, made and entered into this **8th day of May 1999**, by and between The Earthgrains Baking Companies, Inc., of Harlingen, Texas a division of The Earthgrains Company, hereinafter referred to as the "Company" and the Bakery, Confectionery and Tobacco Workers' International Union, Local 163, AFL-CIO, hereinafter referred to as the "Union".

The phrase "under the jurisdiction of this Agreement" shall be interpreted to mean the units covered under the Certifications of Representative Case Numbers currently recognized.

## ARTICLE 1.

### Employees Covered

**Section 1.** This agreement shall cover all bakery Route Salespersons, extra Salespersons and hourly/weekly compensated Route Salespersons, Transport Drivers, Garage Mechanics, and Bakery Store employees, employed by The Earthgrains Baking Companies, Inc., of Harlingen, Texas.

**Section 2.** If additional help is needed in any job classification covered by this Agreement, the Company reserves the right to hire employees from whatever source the Company may see fit; however the Union will have equal opportunity to furnish such help. Newly hired employees shall be placed on a probationary period of ninety (90) working days. Upon completion of said probationary period, an employee's seniority reverts to the employee's last date of hire. Such ninety (90) day probationary period may be extended by mutual consent of the Company and the Union. During the employee's probationary period an employee may be discharged for any reason without appeal to the grievance and arbitration procedure.

**Section 3.** In the event the Company shall hire any person in any job classification covered by this Agreement, the Company will notify the Union by mail once each month of such fact, in order that the Union may by lawful means solicit his membership, such person not being required, however, to join the Union as a condition of employment.

## ARTICLE 2.

### Union Security

**Section 1.** The Union is recognized as the sole agency for the purpose of collective bargaining for the employees coming under the jurisdiction of this Agreement.

**Section 2.** The Employer agrees that if the National Labor Relations Act is amended during the life of the Agreement to legalize the following paragraph, that

1

paragraph shall become a part of this Agreement and shall become operative as of the date such amendment becomes effective.

All present employees covered by this Agreement who are members of the Union on the effective date of this section shall remain members of the Union, in good standing as a condition of employment. All present employees who are not members of the Union and all employees who are hired hereafter, shall become and remain members in good standing of the Union as a condition of employment on and after the thirty-first (31st) day following the beginning of their employment or on and after the thirty-first (31st) day following the effective date of this section, whichever comes first.

## ARTICLE 3.

### Union Business

Section 1. The Employer agrees to grant the necessary time off, not to exceed thirty (30) days, without pay, to an employee designated by the Union to assist the regular Business Representatives in duties affecting Local 163. Two (2) weeks prior notice shall be given for such request for leave before it will be granted. The Company may limit the number of employees on leave at any one (1) time to one.

Upon receipt of thirty (30) days notice of who shall attend an International Convention, one (1) employee may be granted leave of absence, without pay, to attend said Convention.

Section 2. A leave of absence will be granted to a full-time elected or selected Union official for the duration of the contract with seniority accumulating for one (1) year after date leave is granted. After the one (1) year period, seniority prior to such leave will be retained.

Section 3. The Union Representative shall be allowed on Company property during regular working hours, but is to report to the person in charge before entering. Such representative shall not interfere with the employees while ordering or checking in or performing regular duties.

## ARTICLE 4.

### Rights of Management

Section 1. It is agreed that the operation of the plant and direction of the employees, including the making and enforcing of reasonable rules to insure orderly and efficient operations, the determination of employee competency, the right to hire, to transfer, to promote, to demote, to discipline, to discharge for cause, to lay off for lack of work, combining or splitting up of routes, are rights vested in the management of the company except where made subject to the right of appeal through the grievance procedure in this Agreement.

☑ 008

**Section 2.** It is further agreed that the direction of the working forces, the right to plan, direct and control plant operations, amount of supervision necessary, schedules, establishment of standards or quality, to subcontract work, to close, merge or sell the plant or any part of the plant, to determine the number and locations or plants, and employment to be increased or decreased are vested exclusively in the company. The Company would agree to discuss subcontracting with the Union before putting into effect.

**Section 3.** The above rights of management are not all-inclusive, but indicate the type of matters or rights, which belong to and are inherent to management. Any of the rights, power and authority the company had prior to signing this Agreement are retained by the company except those specifically abridged, delegated, granted to other or modified by this Agreement.

**Section 4.** The Company shall have the right to make reasonable rules, not inconsistent with the specific provisions of this Agreement, for the operation of the business. New rules will be posted on the bulletin board. A copy of new rules shall be mailed to the union prior to implementation.

## ARTICLE 5.

### Check-Off

**Section 1.** The Company agrees to a check-off of Union membership dues consisting of monthly dues and initiation fees for all Union employees covered by this Agreement, provided that the Union delivers to the Company a written authorization signed by the employee.

The employee's authorization shall be automatically renewed each year and shall be irrevocable for successive annual periods of one (1) year unless written notice of its revocation is given to the Company and the Local Union by registered mail, return receipt requested, any time within fifteen (15) days prior to the expiration of each term of one (1) year or prior to the termination of this Collective Bargaining Agreement, whichever occurs sooner. Such notice of revocation shall become effective for the month following the month in which the Company receives such written notice.

The Union shall certify to the Company each month, in writing a list of its members working for the Company who have furnished to the Company such authorization, together with an itemized statement of dues and initiation fees owed to be deducted for each month from the pay of such members. The Company shall deduct and remit to the Union in one (1) lump sum the amount so certified in respect to each such member from the first (1st) paycheck of such member following the receipt of such certification statement, and within seven (7) days following such deduction remit the same to the Bakery, Confectionery and Tobacco Workers' International Union of America, Local 163, AFL-CIO.

3

@009

This assignment and authorization supersedes all previous assignments and authorizations heretofore given to you by me in relation to my membership dues or initiation fees. Dues, fees or contribution to Bakery, Confectionery and Tobacco Workers' International Union or Local Unions, however, may qualify as business expenses and may be deductible in limited circumstances subject to various restrictions imposed by the Internal Revenue Code.

## ARTICLE 6.

### Non-Discrimination

**Section 1.** Neither the Company nor the Union shall illegally discriminate against any individual because of his or her race, color, religion, sex, age, disability, national origin, status as a disabled veteran or veteran of the Vietnam Era, as defined by law, with respect to opportunity or tenure of employment or any other right, benefit, duty or obligation created and/or protected by the provisions of this agreement. The use of the pronouns "he" or "she" and the suffixes "men" or "women" shall not be interpreted to apply to one sex, but shall apply to either sex.

**Section 2.** **American's with Disabilities Act.** This Agreement shall be interpreted to permit the reasonable accommodation of disabled persons to the extent as required by state and/or federal law, including the Americans with Disabilities Act (ADA). In the event a proposed accommodation will conflict with an express provision of this Agreement, the parties, at either's request, shall meet to discuss the proposed accommodations.

The parties agree that any accommodation made by the Company and/or by the Union with respect to job duties or any other term or condition of employment shall not in any way become applicable to any other individual, class or group of employees, but shall apply only to the person or persons accommodated in the particular situation. The fact that such person or persons was accommodated, and the manner and method of such accommodation shall be without precedent and, therefore, may not be used or relied upon by any person for any purpose at any time in the future.

## ARTICLE 7.

### Examinations and Permits

**Section 1.** Any examination required by the Company as a condition for returning to work shall be paid for by the Company. Should an employee leave prior to their probationary period being completed, they shall reimburse the company for the cost of such examination.

**Section 2.** The Company shall pay for all permits (such as city or manufacturer's licenses to do business) required to operate the route with the exception

4

of commercial operator licenses or health certificate cards.

# ARTICLE 8.

## Good Appearance and Proper Conduct

**Section 1.** Each employee shall report for work in neat attire and when required to do so shall wear a uniform selected by the Company.

**Section 2.** The Company and the employees required to wear a uniform shall each pay one-half (1/2) the total cost of an adequate amount of uniforms which is to be maintained by the employees.

# ARTICLE 9.

## Seniority

**Section 1.** Seniority shall be defined as the length of service with the Company in each classification from the last date of employment and shall be broken only for the following reasons:

    A.    Quits, or

    B.    Is terminated and not revered by the grievance procedure or

    C.    Is laid off for any reason for a period of one (1) year. or

    D.    Is called back after a lay-off and does not report to work within one (1) week after being notified by registered return receipt letter, or

    E.    Does not report to work after a vacation or leave of absence.

**Section 2.** Each classification shall have a separate seniority list. (Sales, Transport, Garage and Bakery Store). When the number of employees is reduced in any classification, the least senior employee in that classification shall be laid off first. Recall shall be by seniority.

Sales seniority shall be applied on a depot or branch basis, (Brownsville, Harlingen, McAllen and Weslaco.) Should a layoff occur in sales, the affected employee may bump the least senior employee depot wide, provided they have the necessary qualifications and seniority to do so.

**Section 3.** **Bidding.** Should an opening occur in any of the classifications (excluding mechanics) it shall be posted for bid for three (3) working days. Employees in that classification may bid for such opening by affixing their name to the bid. Bids shall be awarded on the basis of qualifications, ability and seniority. Successful bidders

CMPDF - www.fesia.com

shall not be allowed to bid again for a period of one (1) year. Only the original bid shall be posted for bid, subsequent openings shall be filled by the Company.

Only Sales employees in the depot where the opening occurs will be able to bid on route openings.

**Section 4.** Supervisors shall maintain seniority for a period of one (1) year after appointment. After being out of the bargaining unit for a period longer than one (1) year, such employee's seniority shall be frozen as of one (1) year after leaving the unit and shall not accumulate.

The Company reserves the right to either let supervisors return to a route or not.

**Section 5.** A copy of the seniority list shall be sent to the Union every twelve (12) months, and a copy posted on the bulletin board.

## ARTICLE 10.

### Leave of Absence

**Section 1.** Ordinary Leave of Absence. The Employer may grant a leave of absence upon application in writing for a period not in excess of thirty (30) days for good and sufficient reason, and one (1) additional period of thirty (30) days may also be given by the Employer. The Employer shall notify the Union when granting an employee a leave of absence. If the employee desires the additional period of thirty (30) days, such request shall be in writing by the employee who is to return from a leave of absence shall notify the Employer two (2) weeks in advance of his return.

**Section 2.** Physical Examination. The Employer may require an employee returning from an extended illness or injury (two weeks or more) to pass a physical examination to determine his/her fitness to perform the classification of work to which he/she is returning.

**Section 3.** Accident and Sickness. The Company agrees to accident and sickness pay of one hundred fifty dollars ($150.00) per week after employees have submitted certification by a physician containing reason for absence and expected length of absence. Sick pay will commence after the first full week of absence and will be prorated for partial weeks thereafter for no more than sixteen (16) weeks in a rolling twelve (12) month period.

VINSON & BRANSCOMB

☑012

# ARTICLE 11.

## Funeral Leave

In the event of the death of an employee's father, mother, spouse, sister, brother, child, current mother-in-law, current father-in-law, a period of up to three (3) consecutive calendar days may be taken by the employee when it is necessary to make arrangement for and attend the funeral. It is understood that the last day of such leave can by no later than the day following the funeral. Should any of the days provided for in this leave be regular scheduled workdays, the employee will be compensated at the straight-time rate for the time lost up to one-fifth of a normal week's pay. Compensation shall not be paid if the employee is on vacation. Reasonable evidence may be required in order to qualify for this benefit.

One (1) day will be afforded for grandfather, grandmother, spouse's grandparents, current brother-in-law or current sister-in-law and grandchildren.

Such absenteeism compensation shall not apply if an employee is on vacation, jury duty, leave of absence, plant is shutdown, etc.

# ARTICLE 12.

## Jury Service

Regular full-time employees, who are called for Jury Service on their regular scheduled workday, shall receive jury pay from the Employer equal to the difference between the amount of pay at the employee's regular scheduled working day. Employees may be permitted, but shall not be required to work on the day they serve and receive pay for jury duty. Jury duty pay shall be limited to a period of four (4) weeks. The employee is to notify the Employer the first scheduled workday after receipt of such notice. This shall apply to Petit jury service only. Employees released from jury duty prior to 1:00 p.m. must return to work. **The employee must furnish proof of jury duty service in order to receive jury duty pay.**

# ARTICLE 13.

## Vacations

Section 1. In accordance with the Company's regular practice, and in order to provide a period of rest for employees, it is agreed that all full-time employees who have completed over one (1) year or more of regular and steady employment shall be granted vacation as outlined in the table below:

| After one (1) year | One (1) week vacation |
|---|---|
| After three (3) years | Two (2) weeks vacation |
| After twelve (12) years | Three (3) weeks vacation |
| After twenty (20) years | Four (4) weeks vacation |
| After twenty-five (25) years | Five (5) weeks vacation |

**Section 2.** Vacations shall be scheduled throughout the year excluding holiday weeks, or the week prior to. (One not both may be blocked out). Vacations shall be given on the basis of seniority. The Company reserves the right to establish the number of vacations to be given at any one time. Sales vacation schedules shall be by depot or plant as separate units.

**Section 3.** A vacation schedule shall be posted December 1st of each year. By seniority employees shall post their choice of vacation. Each employee will be given up to 4 days to select his or her vacation. Employees who do not exercise their selection in the allotted time must wait until the other employees in that classification have selected, to choose from the open dates.

**Section 4.** After an employee has selected his/her vacation dates, there will be no change unless by agreement of the Company or at the request of the Company. The Company will not cancel any vacations unless by mutual consent of the employee or due to an emergency.

**Section 5.** Vacation pay for hourly employees shall be forty (40) hours. Sales employees vacation pay shall be based on the four (4) normal week average prior to going on vacation.

## ARTICLE 14.

### Holidays

Full-time hourly paid employees shall receive eight (8) hours pay in addition to their hours worked in the weeks which one of the following holidays occur. New Year's Day, Independence Day, Labor Day, Thanksgiving Day, and Christmas Day.

Full-time employees shall receive their birthday as another holiday. A day off for their birthday shall be scheduled by mutual agreement. Employees shall either receive a day off or may be paid an additional eight (8) hours for hourly employees, forty dollars ($40.00) for sales employees. Employees must have been employed with the Company for one (1) year to receive the birthday holiday.

Full-time sales employees required to work five (5) days in a holiday week shall receive an additional forty dollars ($40.00).

Employees must work the scheduled day prior to, day of, if scheduled, and day

after the holiday to receive holiday pay.

## ARTICLE 15.

### Work Week and Conditions

Section 1. The workweek for full-time employees covered under this agreement shall be five (5) days, (which need not be consecutive) including holiday weeks.

Section 2. Proper Notice. If an employee is unable to report for work as scheduled, then such employee shall give at least two (2) hours' notice, when possible, prior to his or her starting time to the supervisor or sales manager. And, in addition, the employee shall give notice of his/her availability to return to work.

Section 3. Hourly Employees. Time and one-half (1 1/2) the regular rate of pay shall be paid for those hours in excess of forty (40) hours per week.

Section 4. In the event an employee works in excess of his regularly scheduled hours during a given work week, the company shall not adjust said employee's subsequent regularly scheduled hours in the same work week so as to deprive the employee of potential overtime hours.

Section 5. The employer may use part-time employees in any of the classifications covered under this agreement. Part-time employees shall be used a minimum of three (3) hours when scheduled or called in. A combination of part-time employees shall not be used to eliminate a full-time position.

## ARTICLE 16.

### Compensation

Section 1. Regular Route Sales Representatives (assigned to a route):

A. Weekly Base of:

| Weekly Base Rate | | | |
|---|---|---|---|
| Effective Dates | | | |
| 05/08/99 | 05/13/00 | 05/12/01 | 05/11/02 |
| $301.50 | $301.50 | $301.50 | $311.50 |
| Weekly Drag | | | |
| Effective Dates | | | |
| 05/08/99 | 05/13/00 | 05/12/01 | 05/11/02 |
| $300.00 | $100.00 | $0.00 | $0.00 |

9

B.    Commissions after drag (see above):

    1.    Primary label with full rack service: 6%

    2.    Private or secondary label with full rack service: 3%

    3.    Any product delivered by drop shipment off of route with no rack service: 3%

    4.    Bid business such as schools, hospitals, government facilities, etc. may be delivered by hourly/weekly paid employees (no commission).

C.    New Sales Drivers employed after date of ratification shall be paid on the following basis during the first year of employment if assigned or bid to a route.

    First seventeen (17) weeks of assignment or bid - Thirty dollars ($30.00) below base rate.

    Second seventeen (17) weeks of assignment or bid - Twenty dollars ($20.00) below base rate.

    Third seventeen (17) weeks of assignment or bid - Ten dollars ($10.00) below base rate.

    New Sales drivers not on a route shall have a guarantee of:

| Weekly (Trainee) Rate | | | |
| --- | --- | --- | --- |
| Effective Dates | | | |
| 05/08/99 | 05/13/00 | 05/12/01 | 05/11/02 |
| $332.00 | $344.00 | $350.00 | $360.00 |

D.    Miscellaneous

    1.    Supervisors and management personnel shall continue to perform duties as in the past, such as but not limited to running routes when route salesmen are off or on vacation, open routes, training new salesmen, etc. However they shall not permanently displace regular route salesmen.

    2.    Should an employee be absent from work, said employee shall be docked one-fifth (1/5th) of that week's earnings for each day reduced in his work week.

3. Employees required to work on Wednesday or Sunday shall receive **sixty-five dollars ($65.00)** for each full day worked. The Company agrees to furnish pull-up people on Sunday. Employees shall be selected on a rotating basis.

Section 2. Transport Drivers.

| Effective Dates | | | |
|---|---|---|---|
| Classifications | 05/08/99 | 05/13/00 | 05/12/01 | 05/11/02 |
| Trans. Foreman | $10.25 | $10.55 | $10.85 | $11.15 |
| Transport Driver | $9.60 | $9.90 | $10.20 | $10.50 |

Section 3. Garage Employees

| Effective Dates | | | |
|---|---|---|---|
| Classifications | 05/08/99 | 05/13/00 | 05/12/01 | 05/11/02 |
| Class A Mechanic | $10.85 | $11.15 | $11.45 | $11.75 |
| Class B Mechanic | $10.70 | $11.00 | $11.30 | $11.60 |
| Class C Mechanic | $9.50 | $9.80 | $10.10 | $10.40 |

Section 4. Bakery Store Employees.

| Effective Dates | | | |
|---|---|---|---|
| Classifications | 05/08/99 | 05/13/00 | 05/12/01 | 05/11/02 |
| Store Manager | $9.10 | $9.10 | $9.35 | $9.60 |
| Clerk | $8.65 | $8.65 | $8.90 | $9.15 |

Section 5. Part-Time Utility Drivers.

| Effective Dates | | | |
|---|---|---|---|
| 05/08/99 | 05/13/00 | 05/12/01 | 05/11/02 |
| $7.00 | $7.25 | $7.50 | $7.75 |

Employees hired after ratification in hourly-compensated classifications may be paid 80% of the classified rate for the first 12 months and 90% of the classified rate for the next 12months.

Section 5. Employees required to take a drug test per D.O.T. regulations will receive two (2) hours pay if tested on their day off.

11

**Section 6.** Employees required to attend mandatory sales meetings scheduled on their day off will receive two (2) hours pay calculated on their average weekly pay.

## ARTICLE 17.

### Miscellaneous

**Section 1.** Full credit shall be allowed on all returns of items on which the Company customarily accepts returns, not before or past code. The Company shall be responsible for authorized credit.

**Section 2.** The Company will make every effort to not require employees to make deliveries after checking in, except where a salesman has neglected to serve an account properly, negligence on the part of the salesman, in case of emergency, or unusual circumstances.

**Section 3.** Equipment shall be mechanically sound and properly equipped to conform with all applicable city, state and federal regulations. Any mechanical defect should be reported immediately in writing to his supervisor.

**Section 4.** Two wheelers and marking guns, which are not in an operating condition, shall be returned to the salesman's supervisor for replacement or repair.

**Section 5.** If product is not ready when a Sales Representative is ready to leave on his/her route at his/her regularly scheduled time, the Company will relay the product when practical to the Sales Representative or depot.

**Section 6.** BCTW-PAC. Effective upon thirty (30) days notice from the Union, the Employer agrees to honor contribution deduction authorizations from its employees for BCTW-PAC.

**Section 7.** Bulletin Boards. Notices of official Union Business may be posted in the branches where notices to the employees are normally posted. Such notices shall be shown to Management and initialed before being posted.

**Section 8.** Lunch Period. Hourly employees shall be allowed a thirty minute unpaid lunch as near the middle of the shift as practical. Two (2) fifteen (15) minute breaks shall be allowed wherever possible.

**Section 9.** Work related injuries. Any employee who reports to work in accordance with his/her schedule, who is injured while at work, shall be paid for the time he/she loses on that day to injury.

Employees involved in work-related accidents and/or injuries requiring emergency medical attention will be required to take a test for chemical abuse. Failure

to take a chemical abuse test under the aforementioned circumstances can result in immediate termination.

## ARTICLE 18.

### Drop Shipment

**Section 1.**  The Company shall continue to have the right to distribute any product by hourly or weekly paid deliverymen.

However, in such cases where this method of distribution is not adequate, product may be picked up at the dock by whatever means necessary.  There shall be no commission paid on this type delivery.

**Section 2.**  In the event employees are needed to fill drop shipment routes, jobs will be filled by qualifications and seniority.

## ARTICLE 19.

### Separability

The provisions of this Agreement are deemed to be separable to the extent that if any provisions of this Agreement in its application between the Union and the Employer conflict with any law, the remaining provisions shall not be invalid, but shall remain in full force and effect during the life of the Agreement; provided further, that should any provisions of the Agreement be in conflict with the law, such law shall supersede and this Agreement will be amended automatically to conform to said law.

## ARTICLE 20.

### Route Cuts

The Company retains the right to cut and rearrange routes in order to best serve the territory.  However, in the event of a route cut, or rearrange, which results in a driver's sales being reduced, he shall be compensated at the average weekly sales for the preceding twelve (12) normal week period, and shall receive such pay for a period not to exceed eight (8) weeks or until his route attains the sale volume prior to the cut or rearrangement.

## ARTICLE 21.

### Grievance - Arbitration

**Section 1.  Grievance.**  The full power to discharge and discipline lies with the Employer.  It is agreed that this power shall be exercised with justice and with regard to reasonable rights of the employees.

13

In the event employee's grievances or disputes concerning terms or conditions of this Contract, including discharges, arise, such grievance or disputes shall be made known to the Union and the Employer within forty-eight (48) hours from date of occurrence arising out of the grievance (exclusive of Saturdays, Sundays and Holidays) and shall be taken up promptly in the following manner:

> A.    Between the aggrieved employee's immediate superior and the aggrieved employee's Shop Steward.  The employee is privileged to accompany the Shop Steward in all steps.

> B.    If a satisfactory adjustment cannot be made, the aggrieved employee and the Shop Steward will take the matter up with the head of the department.  If, after thorough investigation, the Union feels the matter should be pursued, further steps shall be as follows:

> C.    The grievance will be reduced to writing, specifying the Article and Section of this Agreement, and shall be taken up between the properly designated Union Representative, the Shop Steward, the **Director of Sales** and/or his designee.

> D.    In the event the last step fails to settle the grievance or dispute, it may be referred to arbitration only by the Company or the Union.

> All grievances must be taken up promptly and no grievance shall be further considered or discussed which is not presented in writing in Step C within seven (7) days exclusive of Saturdays, Sundays and Holidays.

**Section 2.  Arbitration.**  Either party may, within ten (10) working days after the completion of Step C, request the Federal Mediation and Conciliation Service to submit a list of five (5) eligible arbitrators to the Employer and to the Union.  Upon the receipt of such list, within ten (10) working days, the Union shall strike two (2) names; the Employer shall then strike two (2) names; the person's name which remains shall be the Arbitrator, provided the failure to agree upon the arbitrator within ten (10) working days shall not forfeit the Unions' right to proceed to arbitration.

The Arbitrator shall render his decision in writing and the decision shall be final and binding upon the Employer and the Union.  The sole function of the Arbitrator shall be to determine whether the Employer or the Union is correct with reference to the proper application and interpretation of this contract, and the Arbitrator shall have no authority to change, amend or modify this Contract in any respect whatsoever.

The cost of the Arbitrator shall be borne equally by the company and the Union.

**Section 3.**  The Company and the Union agree that the procedure addressing grievances as outlined in this agreement is fair and just, however, timeliness in bringing

14

☑020

forth grievances and responses to the grievances is essential in resolving issues. Therefore, the Company and the Union agree that grievances not addressed within reasonable time frames shall not be allowed to linger beyond the expiration date of this agreement and shall, upon expiration of this agreement, become null and void.

## ARTICLE 22.

### No Strike – No Lockout

The Company agrees that it will not lock out any of its employees during the life of this Agreement.

The Union agrees on behalf of itself and each of its dues paying members that it will not authorize nor sanction any strike of any kind, boycott, picketing, work stoppage, slowdown, coercive or otherwise, with the Company's business, during the life of this Agreement. Therefore, those employees so violating this Article subject themselves to disciplinary action including discharge.

It shall not be deemed a violation of this Agreement for members of said Union to refuse to cross upon or pass through any picket line, which has been recognized by Local Union 163. The Union agrees that before giving recognition to any picket line established at the Company, the Union will give notice to the Employer of their intention of doing so, seventy-two (72) hours in advance of the time such ruling would become effective.

## ARTICLE 23.

### Bond Money

When a cash deposit up to a maximum of $1,000.00 is required of the salesmen, the Employer agrees to pay at the rate of six percent (6%) interest per annum. Employees will not be required to put up more than $25.00 per week to post such bond.

## ARTICLE 24.

### Pension

The Company agrees to continue to provide retirement benefits under the A.B.A. Pension Trust for the term of the agreement. Effective June 1, 2000, the Company shall increase the pension contribution by one dollar from thirteen dollars ($13.00) per week to **fourteen dollars ($14.00)** per week to the fund, for all full-time employees.

Effective June 1, 2002, the Company shall increase the pension contribution by one dollar from fourteen dollars ($14.00) per week to **fifteen dollars ($15.00)** per week to

15

the fund, for all full-time employees.

Effective December 1, 2002, the Company shall increase the pension contribution by one dollar from fifteen dollars ($15.00) per week to sixteen dollars ($16.00) per week to the fund, for all full-time employees.

## ARTICLE 25.

### Health Benefits

Employees must work a minimum of three (3) months or ninety-six (96) hours to qualify for Health Benefits. The Company agrees to provide the necessary contributions to maintain the Principal Healthcare of Texas, a like basic plan or a company plan for the term of this Agreement.

Retiree Health and Welfare shall continue under the terms and conditions of **The Earthgrains Retiree Health and Welfare Plan.**

## ARTICLE 26.

### Severance

It is agreed that each full-time employee who is displaced from employment by reason of the permanent closing of an entire plant shall be compensated for such displacement providing such employee has been actively employed by the Company for a period of at least three (3) consecutive years. An eligible employee's compensation for such displacement shall be on the basis of twenty (20) hours of severance pay, at his or her straight time hourly rate, for each full year, or major portion thereof, of his or her active employment, commencing with the fourth (4th) year following his or her most recent date of hire. Payment under this formula shall be limited to a maximum of six hundred (600) hours of severance pay.

A.    Exceptions to severance pay.  The above described severance pay will not be paid to:

1.  Any employee who is offered employment with the Company at the same location.

2.  Any employee who accepts a job with the Company at any location.

3.  Any employee who voluntarily quits or is discharged for just cause before such employee is separated from employment by the Company.

16

☑022

## ARTICLE 27.

### Non-Opening

Section 1.  The Employer and the Union, for the life of this Agreement, each voluntarily and unqualifiedly waives the right and collectively with respect to any subject or matter not specifically referred to or covered in this Agreement, even though such subject or matter may not have been within the knowledge or contemplation of either or both.

Section 2.  Effective Dates.  This Agreement shall be in full force and effect from May 8, 1999 to May 10, 2003, and there-after until a new Agreement has been consummated and signed or until this Agreement has been terminated upon written notice by the Union with the sanction of the Bakery, Confectionery and Tobacco Workers' International Union, or by the Employer.  After such termination, if the Union wishes to strike or the Employer wishes to lockout, it is agreed that twenty-four (24) hours notice will be given.

Section 3.  Negotiation.  Either party to the Agreement desiring any changes in the conditions of employment as herein provided shall give written notice to the other party not less than sixty (60) days prior to the expiration date of this Agreement.  When one (1) party gives such notice, then all parties are free to make proposals and counter proposals.  Conferences between the parties shall take place as soon as possible after the notice and an effort made to reach an agreement.

The Earthgrains Baking Companies, Inc.,
Harlingen, Texas

Bakery, Confectionery and Tobacco
Workers' International Union, AFL-CIO,
Local #163


John C. Lee
Vice President – Zone Sales

Milton C. Knight
Secretary-Treasurer


Virginia Silva
Human Resources Manager


Stephen M. Malec
Director, Human Resources

17

☑ 023

# LETTER OF UNDERSTANDING
## DENTAL AND LIFE INSURANCE

The Company and the Union agree to the change in Dental and Life Insurance Plans for all employees represented by Bakery, Confectionery and Tobacco Workers International Union, Local #163 of Houston, Texas. The changes in the plans are, as follows:

Change BCT Dental and Life Insurance Plans to:

Delta Dental
UNUM

Additionally, the Company agrees to an eligibility period of three (3) months with health and welfare coverage for all employees covered under the Production and Sales collective bargaining agreements to become effective the first of the fourth (4th) consecutive month of employment. It is understood that employees will be considered for health and welfare coverage based on ninety-six (96) hours per month. Should The Earthgrains Company negotiate terms other than the ninety-six (96) hours per month requirement with the Bakery, Confectionery and Tobacco Workers International Union, such agreement will take precedent at the effective date of the agreement.

18

ANDREWS & BRANSCOMB

## LETTER OF UNDERSTANDING
## HIGH SKILLED JOBS REQUIRING COMPUTER SKILLS


The Company and the Union agree that integration of more efficient and productive machines and equipment is necessary for the Company's ability to provide long term job opportunities for its employees. Therefore, it is understood by both the Company and the Union that posted bid jobs requiring specific computer skills will be awarded based on computer experience and knowledge. In cases of more than one (1) bidder possessing the necessary computer skills the Company will ward the bid to the most senior qualified bidder.

## LETTER OF UNDERSTANDING
### TECHNOLOGY LANGUAGE

The BCT and the Employer recognize that compelling competitive conditions affecting a specific facility may require changes in production processes, machinery or work methods.  The Employer agrees to notify the Union at the earliest possible time of any plans to make substantial changes in existing production processes, machinery ,or work methods and to provide no less than (60) sixty days advance notice.

The Employer agrees to meet in an attempt to resolve any issues regarding any proposed changes in, or impact on, union jurisdiction, employee's job classifications, rates of pay, workload, job training, job elimination and the procedure for awarding newly created bargaining unit jobs.

The Employer further agrees to provide reasonable and appropriate training and retraining necessary to perform on new equipment, including any newly created jobs, or to perform other work to which they might be reassigned or transferred.  The Employer further agrees to solicit the Local Union's input into the design and delivery of training programs.

The parties further agree to recognize seniority requirements under each local Agreement in the selection of employees for training, retraining and job assignments.

The International Union and Corporate Office agree that both parties will discuss proposed changes in the aforementioned areas in advance of their introduction to identify potential problems and/or issues which may arise and discuss alternatives.

## LETTER OF UNDERSTANDING
## FAMILY AND MEDICAL LEAVE ACT

The Employer agrees to grant the benefits provided by the Family and Medical Leave Act (FMLA) to all eligible employees as defined below in this Section.

Eligible employees also include those persons employed as of the effective date of this Agreement and who have been employed:

(a)    For at least twelve (12) months and;

(b)    For at least six hundred and twenty-five (625) hours during the calendar year prior to the date of request for such leave.

An eligible employee who meets the one-thousand-two-hundred-fifty (1,250) hours requirements of the Act is entitled to twelve (12) weeks of leave during any twelve (12) month period, and an eligible employee who meets the six-hundred-twenty-five (625) hours requirements is entitled to six (6) weeks of leave during any twelve (12) month period for the following reasons:

(a)    Birth of a child and in order to care for such child;

(b)        Placement of a child for adoption or foster care;

(c)        To care for the spouse, child or parent of the employee due to a serious health condition; or

(d)    A serious health condition of the employee.

Leave taken for the foregoing reasons shall count toward the employee's entitlement to leave under the FMLA.

Leave under this Section shall be considered non-paid leave. During FMLA leave, the employee's position or an equivalent position will be held open for up to twelve (12) or six (6) weeks in a twelve (12) month period. The Company may require, however, that accrued paid leave be substituted for unpaid leave taken for reasons other than the employee's own health condition. It is understood that employees who are eligible for more than two (2) weeks of vacation may be required to use all available vacation in excess of two (2) weeks for any approved request for Family Medical Leaves.

The parties agree that neither the Labor Agreement nor the FMLA statute provides family and medical leave to any employee who is employed at a worksite where the Company employs less than 50 employees when the total number of employees employed by the Company within 75 miles of the worksite is less than 50. Should an employee, who is excluded from eligibility for family or medical leave for this reason, submit a request for a family or medical leave, the Company shall meet with the local Union to discuss the request and consider whether any accommodation to the employee's request can be made without burdening the Company's operations. In any event, the Company retains the right to grant or deny the leave as it sees necessary to avoid interference with operations.

CutePDF - www.tsiva.com

Nothing in this Section shall be construed as depriving an employee of any rights that they may have under any disability plan. Accrued paid leave means any paid leave which the employee is entitled to take when the leave commences.

Should paid leave be substituted under this Section, and a paid holiday falls within the period of the paid leave, the employee shall be paid for such holiday in addition to and included in the paid leave. Substituted paid leave shall be paid as set forth in the applicable plant agreement.

Eligible employees are also entitled to take intermittent or reduced scheduled leave. Such request shall be handled on a case-by-case basis and the requirements of the FMLA shall apply.

The following conditions shall apply during the FMLA leave:

The Company shall maintain health & welfare contributions during FMLA leave and where required under the terms of the plant agreement, pension contributions for paid FMLA leave. Accruals of other benefits shall be in accordance with the terms of the applicable plant agreement for leaves of absence.

The employee is required to provide the Company with at least thirty (30) days advance notice before FMLA leave begins if the need for leave is foreseeable. Failure to provide proper notice may result in a delay of the start of the leave. If the leave is not foreseeable, the employee is required to give notice as soon as practicable. If the Company disputes the documentation offered by the employee to support the need for the leave, the Company has the right to require a second (2nd) opinion at the Employer's expense. If the second opinion conflicts with the initial certification, a third (3rd) opinion, at the Employer's expense, may be sought, which shall be final and binding. Failure to provide appropriate certification shall cause any leave taken to be treated as an unexcused absence. The Company may require, at reasonable intervals, recertification during the FMLA leave.

As a condition of returning to work, an employee who has taken leave due to his own serious health condition may be required to provide certification from a health care provider that the employee is able to perform the functions of the employee's job. In cases where employees fail to return to work, the provisions of the applicable supplemental agreement will apply.

All disputes under this Section shall be subject to the appropriate grievance and arbitration procedure set forth in the applicable Labor Agreement.

The provisions of this Section are in response to the Federal Act and shall not supersede any state or local law, which provides for greater employee rights.

# LETTER OF UNDERSTANDING
## FLEXIBILITY

The International Union and the Company, during 1994 National Negotiations, mutually agreed to investigate and test methods to increase operating flexibility in the Company's manufacturing and sales operations. This Letter of Understanding is, in support of the Company's deployment of TQC and the National Advisory Council established by the Company and the Union.

The intent and purpose of this Letter of Understanding is to provide Local Union and Local Management leadership and employees a process to identify, investigate and test methods to achieve the company's internal and external customer satisfaction and related business objectives.

The parties covered by BCT/The Earthgrains Company Labor Agreement shall explore on a plant-by-plant basis alternative methods for enhancement of job skills, job assignment flexibility and work week/day scheduling. Such mutually agreed alternative methods may be implemented on a pilot basis for an agreed upon period of time.

CVisPDF - www.fineprint.com

MATTHEWS & BRANSCOMB

## ARTICLE 27.

### Non-Opening

Section 1. The Employer and the Union, for the life of this Agreement, each voluntarily and unqualifiedly waives the right and collectively with respect to any subject or matter not specifically referred to or covered in this Agreement, even though such subject or matter may not have been within the knowledge or contemplation of either or both.

Section 2. Effective Dates. This Agreement shall be in full force and effect from May 8, 1999 to May 10, 2003, and there-after until a new Agreement has been consummated and signed or until this Agreement has been terminated upon written notice by the Union with the sanction of the Bakery, Confectionery and Tobacco Workers' International Union, or by the Employer. After such termination, if the Union wishes to strike or the Employer wishes to lockout, it is agreed that twenty-four (24) hours notice will be given.

Section 3. Negotiation. Either party to the Agreement desiring any changes in the conditions of employment as herein provided shall give written notice to the other party not less than sixty (60) days prior to the expiration date of this Agreement. When one (1) party gives such notice, then all parties are free to make proposals and counter proposals. Conferences between the parties shall take place as soon as possible after the notice and an effort made to reach an agreement.

The Earthgrains Baking Companies, Inc., Harlingen, Texas

Bakery, Confectionery and Tobacco Workers' International Union, AFL-CIO, Local #163

John C. Lee
Vice President – Zone Sales

Milton C. Knight
Secretary-Treasurer

Virginia Silva
Human Resources Manager

Stephen M. Malec
Director, Human Resources

17