84

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 2 6 2001

Michael N. M..., Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Jose O. Herrera, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-179 |
| | § | |
| The Earthgrains Company, | § | |
| | § | |
| Defendant. | § | |

## ORDER

BE IT REMEMBERED that on November 26, 2001, the Court considered Defendant's Motion to Reconsider [Dkt. No. 32] and Plaintiff's Response [Dkt. No. 33]. The Court finds Defendant's Motion lacks merit and accordingly **DENIES** Defendant's Motion to Reconsider [Dkt. No. 32].

DONE at Brownsville, Texas, this 26th day of November 2001.

Hilda G. Tagle
United States District Judge